FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 3 2018

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>SALEEM HAKIM | Criminal Information<br><br>No. 1:18-CR-0126 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the defendant SALEEM HAKIM, a resident of Smyrna, Georgia, did willfully fail to make and file with the Internal Revenue Service Center or any proper person of the Internal Revenue Service an income tax return for each of the calendar years set forth below, whereas, as the defendant SALEEM HAKIM well knew and believed, he and his spouse had and received gross income in excess of the minimum filing threshold set forth below, and by reason of such gross income, was required by law, on or before the date set forth below, to make and file an income tax return with the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled:

| Count | Calendar Year | Due Date | Filing Threshold |
|---|---|---|---|
| ONE | 2011 | April 17, 2012 | $19,000 |
| TWO | 2012 | April 15, 2013 | $19,500 |
| THREE | 2013 | April 15, 2014 | $20,000 |

All in violation of Title 26, United States Code, Section 7203.

BYUNG J. PAK
  *United States Attorney*

*/s/ Nathan P. Kitchens*

NATHAN KITCHENS
  *Assistant United States Attorney*
Georgia Bar No. 263930

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181


JEFFREY BENDER
*Trial Attorney*
Pennsylvania Bar No. 207972


KATHRYN SPARKS
*Trial Attorney*
Missouri Bar No. 69358

U.S. Department of Justice Tax Division
601 D Street NW
Washington, DC 20530
202-353-0701; Fax: 202-616-1786

2