**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 06 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

|                              |   |                            |
|------------------------------|---|----------------------------|
| UNITED STATES OF AMERICA     | ) |                            |
| vs.                          | ) | Case No. 1:18-cr-00126-MLB |
| SALEEM HAKIM,                | ) |                            |
| Defendants.                  | ) |                            |

## DEFENDANT'S SECOND MOTION TO DISMISS

**COME NOW**, Defendant Saleem Hakim, files this <u>Motion to Dismiss</u> for the irreparable harm caused by the violations of Defendant's Due Process rights and shows the Court as follows:

## PRELIMINARY STATEMENT

The Constitution guarantees that no one shall be 'deprived of life, liberty, or property without due process of law.' Likewise, the Due Process Clause of the Fourteenth Amendment, guarantees the American government must operate within the law and provide fair and impartial procedures. Likewise, the prosecution has failed to establish personal jurisdiction over the accused Defendant due to several procedural errors that fundamentally prejudice his Sixth Amendment and Fourteenth Amendment protected rights.

## PROCEDURAL HISTORY

1. Over five (5) years ago, Saleem Hakim (Defendant) received a letter (hereinafter, "Target Letter") from the U.S. Department of Justice Tax Division dated February 26, 2018 ("JEFFREY BENDER," and "KATHRYN SPARKS"), informing him that he was the "target of a federal grand jury investigation, including tax evasion (26 U.S.C. § 7201)." See the February 26, 2018, Target Letter attached as Exhibit 1.

2. Saleem Hakim, responded to the IRS "Target Letter" and grand jury (Grand Jury No. 17-5-144:10) with an Affidavit of Fact signed March 1, 2018, and submitted to United States District Court for the Eastern District of Michigan. See the Affidavit of Fact attached as Exhibit 2.

3. To date the result of Grand Jury No. 17-5-144:10 is unknown.

4. On August 1, 2018, Saleem Hakim was first charged under 26 U.S.C. § 7203 (Willful failure to file return, supply information, or pay tax).

5. On December 10, 2018, Defendant went to trial before Judge Michael L. Brown in the 11th District Federal Court.

6. On December 12, 2018, Defendant was convicted on counts 1, 2, and 3 of the Information. (26 U.S.C. § 7203).

7. On May 6, 2019, Defendant was sentenced to twelve (12) months on Count 1; six (6) months on Count 2; and three (3) months on Count 3 to be served consecutively for a total of twenty-one (21) Months; S/R $75;

S/R 1 year on counts 1,2,3 concurrently for total of one (1) year; restitution of $639,006.00; and cost of prosecution in the amount of $4,603.28.

8. On May 2, 2019, Defendant was remanded to custody and became incarcerated.

9. On May 20, 2019, Defendant, field a Notice of Appeal with the Eleventh Circuit United States Court of Appeals. Docket No. 95.

10. On May 20, 2019, the subject case was formally appealed to the 11th Circuit Appeals Court. Court of Appeals Docket #: 19-11970.

11. On April 14, 2022, the 11th Circuit Appeals Court Vacated and Remand [Docket #: 53 and 54] the trial sentence/verdict issued on December 12, 2018.

12. As of March 7, 2022, Saleem Hakim his complete sentence. See attached Completion of Sentence Letter(s) attached as Exh. 3 (the first letter issued stated that Saleem Hakim has completed a felony conviction when it was a misdemeanor conviction).

13. On October 08, 2020, Defendant (71786019) was released from the Federal Bureau of Prisons.

14. On November 16, 2022, in response to the Holding of the 11th Circuit Appeals Court, the case was then appealed up to the United States Supreme Court. Docket No. 22-464.

15. On February 21, 2023, the United States Supreme Court DENIED the subject Writ of Certiorari.

16. On the morning of June 13, 2023, Saleem Hakim was arrested by the Cobb County Police.

17. On June 13, 2023, an Arraignment and Detention Hearing was held on the subject retrial litigation now before the Court.

18. At the Arraignment and Dentition Hearing, Defendant ask Magistrate Judge Salinas in open court, *"Before I can enter a plea, is this a court of record?"* See Exh. X at p 6:15.

19. In response, Judge Salinas stated: *"... I'm not here to answer your questions."* Id. at p 6:16.

20. Defendant then asked Judge Salinas if the Defendant was *"entitled to due process under the law?"* Id. at 7:3-4.

21. Judge Salina replied, *"I'm not answering that question."*. Id. at p 7: 5.

22. On June 15, 2023, the Bond Hearing was held before Federal Magistrate Judge Russell G. Vineyard.

23. On June 21, 2023, Judge Vineyard appointed David D. Marshall (herein, "Appointed Counsel") as CJA Counsel for the Defendant. Docket No. 156.

24. On June 22, 2023, Defendant made a request to Appointed Counsel for the transcripts of 1) the June 13, 2023, Arraignment and Detention

Hearing before Magistrate Judge Salinas; and 2) the hearing held on June 15, 2023 before Magistrate Judge Vineyard.

25. On June 30, 2023, Judge Vineyard GRANTED an "Unopposed Motion [Docket No. 155] for Extension of Time to File Pretrial Motions up to August 28, 2023, and to continue the Scheduling Conference to August 29, 2023.

26. Court Appointed Defense Counsel filed no Pretrial Motions by the August 28, 2023, deadline.

27. On August 28, 2023, Judge Vineyard GRANTED a second "Unopposed Motion (Docket No. 158) for Extension of Time to File Pretrial Motions [09/13/2023] and to Continue Scheduling Conference [09/13/2023]". Docket No. 159.

28. Court Appointed Defense Counsel filed no Pretrial Motions by the September 13, 2023, deadline.

29. On September 9, 2023, Defendant sent a letter of Inquiry and Instruction to Appointed counsel by certified mail. This letter was not responded to.

30. On September 14, 2023, Judge Vineyard issued an Order Certifying Case Ready for Trial.

31. Appointed Counsel at no time filed a Motion to Dismiss or any Motion to Suppress Evidence on behalf of the Defendant.

32. On September 22, 2023, Appointed Counsel filed a MOTION to Withdraw as Attorney of Record.

33. On September 26, 2023, Defendant Saleem Hakim filed a Motion/Brief in Support of the Withdrawal of Appointed Counsel from the subject case. Docket No. 168.

34. On September 26, 2023, William E. Stiles, Jr. filed a Notice of Appearance as Counsel for Saleem Hakim, prior to the Motion Hearing set for 2:00 PM Docket No. 169.

35. On September 26, 2023, this Court granted Appointed Counsel Motion to Withdraw.

36. The Court also granted Defendant ten days (10) to "perfect a Motion to Dismiss." Docket No. 167.

## STATEMENT OF FACTS

### 1.

On June 13, 2023, Defendant Saleem Hakim was arrested, brought before Federal Magistrate Salinas and charged with three counts of willful failure to file tax returns.

### 2.

On June 21, 2023, Federal Magistrate Russell G. Vineyard appointed David Marshall as CJA Counsel for the Defendant. Docket No. 156.

### 3.

On or about June 22, 2023, Defendant Hakim asked his Appointed Counsel to get a copy of the Court transcript of the June 13, 2023, and June 15, 2023, Hearing(s).

4.

Appointed counsel did not order transcripts for the Arraignment and Detention Hearing held on June 13, 2023, as promised.  See Attached Exhibit(s): M, O, T, U, V, X, Y, I [roman no], and II).

5.

On June 13, 2023, Defendant requested to enter his bond of confession & avoidance in appearance and settlement, i.e. <u>Appearance and Settlement Bonds</u>. <u>Exh. A</u> pg 9: 18-23. Also see Exh. C.

Judge Salinas' attempt to enter a temporary order of detention of the Defendant. Exh. A at 12:7-15.

In response, Defendant objected on the grounds of a violation of due process of law. <u>Id</u>.

6.

On June 13, 2023, Defendant fully expressed and entered a plea of appearance and settlement and confession & avoidance; and tendered several <u>Appearance and Settlement Bonds</u> to the Clerk of Court. <u>Exh. A</u> pg 10:7-10.

7.

The subject Bonds were in the amounts of $5,600,000.00 and

$20,000,000.00.  A third bond was tended in an amount to be determined upon

assessment. Exh. C.

8.

All of the above referenced Bonds were accepted by the Clerk of the 11th

Circuit Court as noted in the Magistrate's Criminal Minutes of June 13, 2023.

Exh. A at pg. 12: 16-25.

9.

Judge Malias direct Mr. Brockway to give the Bonds to the courtroom

deputy.  Exh. A at pg 13:1-14.

10.

Defendant then asked the Court to be released immediately, which was

denied. Exh. A at pg 13:15-19.

11.

Appointed counsel did not order court transcripts for the Bond Hearing

held on June 15, 2023.  Id.

12.

On September 9, 2023, Appointed Counsel advised Defendant that the

present case in being adjudicated before an Article III Court[1].  Exhibit T.

13.

---

[1] The current case is being adjudicated before an Article III Court.  This is not an Article I, Tax Court.

Appointed counsel *willfully* failed to answer letter of inquiry and instruction that was email and sent by certified mail on September 9, 2023[2].  Exhibit I and II.

14.

Appointed Counsel unilaterally decided <u>NOT</u> to file any pre-trial motions to challenge or suppress evidence consistent with <u>Fed. R. Crim. P. R 12</u>.

15.

Appointed Counsel unilaterally decided not to file any pre-trial motions to introduce new evidence that could possibly warrant a dismissal of all charges consistent with <u>Fed. R. Crim. P. R 12</u>.

16.

Appointed counsel promised Defendant to file a motion to seek relief to stay the defendant drug testing but failed to do so. Exhibit O.

17.

Appointed counsel attempted to deceive Defendant by suggesting that this above style case action was being adjudicated in an article III Court.  Exhibit T.

11.

Appointed Counsel attempted to deceive Defendant by suggesting that his initiation and efforts lead to Defendant getting a unredacted copy of the public transcripts for the Arraignment and Dentition Hearing held on June 13, 2023 when Defendant independently requested said transcripts.  Exhibit(s): T, Q, R, S, U, V, X, Y, Z.

---

[2] USPS Certified Mail No. 7018 0360 0001 9051 8276.  See annexed copy of email with attachment sent on September 9, 2023.

12.

Appointed Counsel did not file any Pretrial Motions by the September 13, 2023, deadline.

13.

Appoint Counsel did not file any Motions for Defendant, but worked in concert with the prosecution to persuade Defendant into accepting a plea deal in which Defendant would thereof waives potential rights to an appeal. Exhibit(s): B, C, D, E, G, L, M, N, P, I [roman no], II, III, IV, V, and VI.

## **LEGAL ARGUMENTS AND CITATION OF AUTHORITY**

### **I.   General Considerations**

At all relevant times, the current "criminal lawsuit" appears in the form and style of a Miller Act claim. In the present matter the accused, an implied surety, both identified and approached this Court as a territorial administrative tribunal, by tendering bonds and making a plea in "confession and avoidance"[3]. The subject Bonds amount to $25,000,000.00 and was accepted in open Court before Magistrate Salinas.  The Bonds were directed to the deputy and then handed to the Clerk of Court.

The Bonds were accepted by the Court; and given the amount the underlying obligations should be settled and discharged.   To wit, moving forward with a trial is not warranted and unjustified.  It is also noted that the 11th

---

[3] A common law plea in an Article 3 Court.

District Federal Court has a dun and bradstreet profile (D-U-N-S: 11-697-8249

– 75 Ted Turner Dr. Sw, Ste 2211, Atlanta, GA 30303). Exh. E.

## II.   Article III Court

"The United States District Court is not a true United States court

established under article 3 of the Constitution to administer the judicial power

of the United States therein conveyed. It is created by virtue of the sovereign

congressional faculty, granted under article 4, § 3, of that instrument, of making

all needful rules and regulations respecting the territory belonging to the United

States. The resemblance of its jurisdiction to that of true United States courts, in

offering an opportunity to nonresidents of resorting to a tribunal not subject to

local influence, does not change its character as a mere territorial court".

Balzac v. Porto Rico, 258 U.S. 298, 312 (1922).

## III.   Constitutional Right to Know Charges

Before entering a plea, a Defendant needs to know and has the right to

know a Court's authority and jurisdiction so not a waive any substantial

constitutional rights.  A defendant has a right to know the charges against him

and to have adequate information from which to prepare his defense. McCarthy

<u>v. United States</u>, 394 U.S. 459, 465 (1969).

In the present matter, the accused Defendant was not given the answer to basic questions regarding: 1) the proper court of record, and 2) the right to Due Process when before the Federal Magistrate Court. <u>Docket No. 162</u>, at p 6:15-16 and 7:3-5. Despite, being very fundamental questions related directly to due process of law, Judge Salinas refused to answer said questions.   Defendant raised said questions to better understand how to plea. <u>Emphasis added</u>.

## **CONCLUSION**

Again, the government's "obligation" is "to govern impartially," and its "interest . . . is not that it shall win a case, but that justice shall be done," <u>Berger v. U.S.</u>, 295 U.S. 78, 88, 55 S. Ct. 629, 79 L. Ed. 1314 (1935).   Given the procedural history, undisputed facts and Constitutionally protect rights at issue; to maintain the integrity, fairness, and public reputation of judicial proceedings in the interest of justice, the present case should be dismissed with prejudice.

Respectfully submitted this 6th day of October 2023.

**W.E. STILES LAW, LLC**.

William E. Stiles, Jr.
Georgia Bar Number 772146
Attorney for Defendant

400 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339

404-390-8160

stiles@westileslaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action File** |
| | ) | **No. 1:18-CR-00126-MLB** |
| | ) | |
| **SALEEM HAKIM** | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the Motion to Dismiss via email and/or United States Mail. Postage prepaid, by US Mail addressed to the following:

Melissa Siskind

Nathan P. Kitchens

Office of the United States

DOJ-Tax

Attorney

P.O. Box 972

Norther District of Georgia

Washington, DC 20044

600 United States Courthouse

75 Ted Turner Dr., S.W.

Atlanta, GA 30303

Christina Moehrle Grimes

DOJ – DC

Special Litigation Section

105 M Street NE

Washington, D.C. 20530

Respectfully submitted this 5th day of October 2023.

**W.E. STILES LAW, LLC**.

William E. Stiles, Jr.
Georgia Bar Number 772146
Attorney for Defendant

400 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
404-390-8160
stiles@westileslaw.com

---

**<u>MOTION IN TO DISMISS</u>**
*October 6, 2023*

# <u>SUPPLEMENTAL INFORMATION – EXHIBITS</u>

# INDEX

| EXHIBIT | ITEM – DESCRIPTION | PAGE(S) |
|---------|---------------------|---------|
| | | |
| A | BEFORE THE HONORABLE CATHERINE M. SAALINAS TRANSCRIPT OF TAPED PROCEEDINGS JUNE 13, 2023. [UNREDACTED] | 17 |
| | | |
| B | MAGISTRATE'S CRIMINAL MINUTES ARRAIGNMENT AND SENTENCE JUNE 13, 2023. (CERTIFICATION CM/EFC DOCUMENT) | 2 |
| | | |
| C | UCC FINANCING STATEMENT AMENDMENT (0332023-01165) Filed and Recorded Apr-03-2023 10:32 am [Certified Copy – Raised Seal] | 5 |
| | | |
| D | U.S. District Court Georgia Northern – Atlanta *Receipt Date: Sep 26, 2023, 1:33 PM* | 1 |
| | | |
| E | DUN & BRADSTREET BUSINESS INFORMATION REPORT SNAPSHOT [D-U-N-S: 11-697-8249] UNITED STATES DISTRICT COURT | 12 |
| | | |

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   UNITED STATES OF AMERICA,        )
                                      )
 4              Plaintiff,            )   CRIMINAL ACTION FILE
            v.                        )   NO. 1:18-CR-00126-MLB
 5                                    )
     SALEEM HAKIM,                    )
 6                                    )
                Defendant.            )
 7   _____)          EXHIBIT A

 8

 9

10   ------------------------------------------------------------

11         BEFORE THE HONORABLE CATHERINE M. SALINAS
              TRANSCRIPT OF TAPED PROCEEDINGS
12                    JUNE 13, 2023

13   ------------------------------------------------------------

14

15

16

17         Proceedings recorded by mechanical stenography
            and computer-aided transcript produced by
18

19         JANA B. COLTER, FAPR, RMR, CRR, CRC
                  Official Court Reporter
20                 1949 U.S. Courthouse
                 75 Ted Turner Drive, SW
21               Atlanta, Georgia  30303
                    (404) 215-1456
22

23

24

25
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

```
 1   APPEARANCES:

 2
     For the Plaintiff:          OFFICE OF THE U.S. ATTORNEY
 3                                   (By:  Nathan Kitchens)

 4   Standby for the Defendant:  FEDERAL DEFENDER PROGRAM, INC.
                                     (By:  Ross Brockway)
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

3

```
1        (Atlanta, Fulton County, Georgia, June 13, 2023, in open
2   court.)

3                            —  —  —
4                      P R O C E E D I N G S
5
6        THE COURT:  All right.  I'm going to go ahead and
7   call this case.  It's 1:18-cr-126.  It's United States v.
8   Saleem Hakim.
9        We've got Nathan Kitchens for the government.
10       Hello.
11       MR. KITCHENS:  Good afternoon, Your Honor.
12       THE COURT:  And Ross Brockway is seated at defense
13  table.
14       MR. BROCKWAY:  Good afternoon, Your Honor.
15       THE COURT:  He's from the Federal Defender.
16       Hello.
17       And Mr. Saleem Hakim is here.
18       Good afternoon, sir.
19       THE DEFENDANT:  Objection.  I'm not the principal
20  defendant.  I'm here -- I'm here --
21       THE COURT:  All right.  You're here because you've
22  been charged --
23       (Multiple voices overlapping and unintelligible
24  cross-talk.)
25       THE COURT:  It's the same information as the last
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

1    time.  And it's three counts related to failing to file tax

2    returns.  So you've got a copy --

3          Mr. Brockway, did you put a copy of this in front of

4    Mr. Hakim?

5          MR. BROCKWAY:  I did, Your Honor.

6          THE COURT:  All right.  So I want to advise you of a

7    couple of important rights.

8          First, you have the right to remain silent.  No one

9    associated with the government or law enforcement can force

10   you or compel you to make any statements or answer any

11   questions.

12         And anything that you do say to the government can be

13   used against you.

14         You also have the right to have an attorney represent

15   you.  You can hire someone that you pick.  I can appoint

16   someone for you.  Or, as you know, you can represent yourself.

17         For today, I have -- Mr. Brockway is seated at

18   counsel table.  I know I've heard you already say that you

19   didn't want any of his help, but he is there for you just to

20   get you through to today.

21         It's my understanding that you still have an attorney

22   of record in this case, David -- what's his name?

23         UNIDENTIFIED SPEAKER:  Marshall.

24         UNIDENTIFIED SPEAKER:  Marshall.

25         THE COURT:  David Marshall.  I know he has filed a

```
 1  motion to withdraw.  And that's something that Judge Vineyard
 2  has told me he's going to take care of on Thursday.
 3          So for now, we'll just leave it with that.  But
 4  again, if you have any questions, just at any time, you can
 5  just ask for a break and you can speak with Mr. Brockway about
 6  that.
 7          So one thing I do need to do is go ahead and formally
 8  present you with the charges and have you -- and what we call
 9  arraigning you.  And that's where we give you the charges and
10  then we ask that you enter a plea of guilty or not guilty.
11  Today would be a day for you to plead not guilty.
12          Are you comfortable going ahead and pleading not
13  guilty to the charges?
14          THE DEFENDANT:  First of -- first of all, I have a
15  question, but because I cannot make a plea if I do not
16  understand these charges.
17          There's case law in the Eleventh Circuit that says
18  once this case was overturned, the effects that you are -- you
19  guys are assuming are against that case law.
20          The case law said all of the facts have to be
21  reestablished.  So as you just said, Magistrate, that these
22  are the same charges and here even with the arrest warrant,
23  there was no -- I have to -- I have to object to these
24  proceedings for the record.
25          THE COURT:  I understand.
```

```
 1              THE DEFENDANT:  Right?
 2              Because you're -- you're saying I'm the principal
 3    when I'm here as the implied surety.  Right?
 4              THE COURT:  Okay.  I didn't -- I don't think I used
 5    the word principal, but if that's how you interpret it, that's
 6    up to you.
 7              (Multiple voices overlapping and unintelligible
 8    cross-talk.)
 9              THE DEFENDANT:  Well -- well, it's not an
10    interpretation, this is a --
11              THE COURT:  You're the defendant.  That is true.
12              THE DEFENDANT:  This is -- objection, Your Honor.  I
13    already provided positive identification.
14              And let me ask you this:
15              Before I can enter a plea, is this a court of record?
16              THE COURT:  So I'm not here to answer your questions.
17    If you have any questions, you can ask Mr. Brockway.
18              THE DEFENDANT:  I have to enter -- I have to enter --
19              (Multiple voices overlapping and unintelligible
20    cross-talk.)
21              THE COURT:  I need you to enter a plea.
22              Are you going to plead on your own or should I enter
23    it for you?
24              THE DEFENDANT:  Your Honor, I can't enter a plea
25    unless I understand the nature and cause of action.  So I'm
```

```
 1   going to get my objections on the record for appeal purpose's
 2   sake.
 3           So the first thing I'd like to establish is:
 4           Am I entitled to due process of law?
 5           THE COURT:  I'm not answering that question.
 6           THE DEFENDANT:  All right.  So if I'm not -- if
 7   I'm -- if this is not a court of record, then I am being
 8   denied due process of law, which is a violation of
 9   constitutional --
10           (Multiple voices overlapping and unintelligible
11   cross-talk.)
12           THE COURT:  Okay.  I'm going to go ahead -- I'm going
13   to go ahead and put in --
14           Unless, Mr. Kitchens, you have another idea --
15           THE DEFENDANT:  Objection.
16           THE COURT:  I'm going to go ahead and I'll enter a
17   plea on his behalf of not guilty --
18           (Multiple voices overlapping and unintelligible
19   cross-talk.)
20           THE DEFENDANT:  Because you can't practice law from
21   the bench, ma'am.
22           THE COURT:  -- to the three charges.
23           Do you agree with that?
24           MR. KITCHENS:  I do, Your Honor.
25           THE COURT:  Okay.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

1          THE DEFENDANT:  I already have --

2          THE COURT:  I'm going to go ahead and enter a plea of

3   not guilty to the three charges.

4          THE DEFENDANT:  Objection, Your Honor.

5          THE COURT:  This case has already been assigned.

6          THE DEFENDANT:  Objection.

7          THE COURT:  It's going to be assigned to

8   Judge Vineyard and Judge Brown.

9          THE DEFENDANT:  I already have -- I already have a

10   bond.

11          (Multiple voices overlapping and unintelligible

12   cross-talk.)

13          THE COURT:  We already have a lawyer in place.

14          THE DEFENDANT:  Objection.

15          THE COURT:  Is the government moving for detention?

16          MR. KITCHENS:  The government is moving for

17   detention.  I will provide to the Court the written motion for

18   detention.

19          THE COURT:  Okay.  And make sure that the

20   defendant --

21          THE DEFENDANT:  And, Your Honor, for the record --

22   for the record --

23          (Multiple voices overlapping and unintelligible

24   cross-talk.)

25          THE COURT:  -- gets a copy of that, too, if you have

1    one.

2           THE DEFENDANT:  For the record, I would like to enter

3    my bond on the record, it's an appearance --

4           (Multiple voices overlapping and unintelligible

5    cross-talk.)

6           THE COURT:  I do want to go ahead and advise counsel

7    for the government.  I'm going to remind you of your

8    obligation under *Brady* and its prodigy to -- progeny to

9    disclose evidence that's favorable to the defendant and

10   material to either guilt or punishment, including information

11   tending to impeach the credibility of prosecution witnesses.

12          The prosecution's failure to do so in a timely manner

13   may result in sanctions, including exclusion of evidence,

14   adverse jury instructions, dismissal of charges and contempt

15   proceedings.

16          THE DEFENDANT:  Magistrate.

17          THE COURT:  Yes.

18          THE DEFENDANT:  Could I enter -- could I enter my

19   appearance and acceptance bond into the record?

20          It's already been assigned in this court case.  It's

21   already been assigned to the Magistrate Judge Vineyard.  It's

22   already been assigned to the Clerk of Court.  And it's already

23   been assigned to Judge Brown.

24          I would like -- and I'm providing notice, it's

25   already been -- and my receipt is filed in the -- in the

1  county.  And my wife have the original copy.  I would like to

2  submit that for the Court.

3       It's an appearance and acceptance bond.  My -- my

4  plea is not guilty, because that's in this honor.  My plea is

5  in acceptance -- I'm not looking for a legal remedy; I'm

6  looking for an equitable one.

7       So my plea is in the -- is appearance and settlement

8  bond and confession and avoidance, because I have facts

9  that -- that are superior.  They have prima facie evidence

10  that brought about these charges, so I want --

11       THE COURT:  Okay.  Mr. Kitchens, I will ask you, when

12  it comes to bond, was he on bond before?

13       MR. KITCHENS:  He was on bond, Your Honor.  That was

14  revoked when Mr. Hakim did not show up for his initial

15  sentencing date.  He was taken into custody and then he was

16  sentenced from there.

17       THE COURT:  Okay.  And then the Eleventh Circuit

18  reversed his conviction?

19       THE DEFENDANT:  That's correct.

20       MR. KITCHENS:  Exactly correct, Your Honor.

21       THE COURT:  And then the government decided that it

22  wanted to try the case again?

23       MR. KITCHENS:  That's correct.

24       THE COURT:  And it issued a summons?

25       MR. KITCHENS:  The tax division did that.  And I

11

1  believe the Court actually issued a summons and set a date in

2  March for a status hearing, where it required the appearance

3  of Mr. Hakim.

4          THE COURT:  And did he attend that?

5          MR. KITCHENS:  He did not attend that, Your Honor.

6          THE DEFENDANT:  Your Honor, I addressed it on the

7  record.

8          THE COURT:  Okay.  Then what I'm going to do, I'm

9  going to grant the government's motion for detention and set

10 this for a detention hearing on Thursday at 11:00 a.m. in

11 front of Judge Vineyard.

12         And at that time, Judge Vineyard can address

13 detention and he can also address the issue of counsel,

14 whether you want to continue with court-appointed counsel or

15 whether you want to continue on -- with -- without a counsel,

16 so...

17         THE DEFENDANT:  Your Honor, I --

18         THE COURT:  Is there anything else I need to address?

19         THE DEFENDANT:  Your Honor, just one more thing.

20         MR. KITCHENS:  No.  I don't think so, Your Honor.

21         THE DEFENDANT:  One more thing.

22         THE COURT:  Just one sec.

23         Let me hear from Mr. Kitchens.

24         MR. KITCHENS:  I was just going to note for the

25 record as well that my understanding is that Mr. Marshall will

1  also be attending that hearing on Thursday.  And the Court is

2  planning to address that motion to withdraw on Thursday as

3  well.

4          THE COURT:  All right.  So the issues related to

5  counsel will happen then as well as detention in light of the

6  failure to show up on the summons.

7          So for now, I'm just going to enter a temporary order

8  of detention pending Thursday's hearing in front of

9  Judge Vineyard.

10          THE DEFENDANT:  Your -- your Honor, objection.

11          THE COURT:  So I'll let you go ahead and say what you

12  want to say.

13          THE DEFENDANT:  Your Honor, I have to object to that,

14  because that further infringes upon my liberties and my

15  freedom of movement without due process of law.

16          I have an original instrument for settlement -- for

17  appearance and settlement that I would like to have placed in

18  the record.  My wife has it.  And I would like to have that

19  noted for the record --

20          (Multiple voices overlapping and unintelligible

21  cross-talk.)

22          THE COURT:  Mr. Brockway, would you get that document

23  from the wife, please?

24          MR. BROCKWAY:  Can I get that for you?

25          THE DEFENDANT:  Yes.

```
 1              Give -- give them all three, because I don't know

 2    the -- the total -- the penal -- the total penal sum of the

 3    charges.

 4              So in acceptance of those charges and for the proper

 5    accounting to be done, I would like to have those bonds placed

 6    on the record.  And I have my receipt recorded and the uses --

 7              MR. BROCKWAY:  Do you want this, Judge?

 8              THE COURT:  You can hand it to the courtroom deputy,

 9    please.

10              All right, well, we'll take those into -- into --

11    into the record.

12              And Judge Vineyard can look at those on Thursday as

13    well.  But for now, that's all we have for today.  We'll be in

14    recess.

15              THE DEFENDANT:  So I -- I would demand to be released

16    immediately.

17              THE COURT:  Okay.  That's denied.  You can take it up

18    with Judge Vineyard on Thursday.

19              All right.  We'll be in recess.

20

21              (Whereupon, the proceedings were adjourned at 2:57

22    p.m.)

23

24

25
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

REPORTERS CERTIFICATE

1

2

3

4          I, Jana B. Colter, Official Court Reporter for the

5  United States District Court for the Northern District of

6  Georgia, with offices at Atlanta, do hereby certify:

7          That I reported on the Stenograph machine the taped

8  proceedings held in open court on June 13, 2023, in the matter

9  of *United States of America v. SALEEM HAKIM*, Case Number

10  1:18-CR-00126-MLB; that said proceedings in connection with

11  the hearing were reduced to typewritten form by me; and that

12  the foregoing transcript is a true and accurate record of the

13  proceedings.

14          This the 21st day of September, 2023.

15

16

17                          _____
                            /s/ Jana B. Colter, FAPR, RDR, CRR, CRC
18                                 Official Court Reporter

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**MR. BROCKWAY: [4]**
3/144/512/2413/7
**MR. KITCHENS: [10]**
3/117/248/1610/13
10/2010/2310/2511/5
11/2011/24
**THE COURT: [39]**
**THE DEFENDANT:**
**[28]**
**UNIDENTIFIED**
**SPEAKER: [2]** 4/23
4/24

**-**

-- gets [1] 8/25
-- to [1] 7/22

**/**

/s [1] 14/17

**1**

11:00 [1] 11/10
126 [1] 3/7
13 [3] 1/113/114/8
1456 [1] 1/21
1949 [1] 1/20
1:18-CR-00126-MLB
[2] 1/414/10
1:18-cr-126 [1] 3/7

**2**

2023 [4] 1/113/114/8
14/14
215-1456 [1] 1/21
21st [1] 14/14
*2:57 [1]* 13/21

**3**

30303 [1] 1/21

**4**

404 [1] 1/21

**7**

75 [1] 1/20

**A**

a.m [1] 11/10
about [2] 5/510/10
acceptance [4] 9/19
10/310/513/4
accounting [1] 13/5
accurate [1] 14/12
action [2] 1/46/25
actually [1] 11/1
address [4] 11/1211/13
11/1812/2
addressed [1] 11/6
adjourned [1] 13/21
adverse [1] 9/14
advise [2] 4/69/6
afternoon [3] 3/113/14
3/18
again [2] 5/410/22
against [2] 4/135/19
agree [1] 7/23
ahead [9] 3/65/75/12

12/11
aided [1] 1/17
all [11] 3/63/214/65/14
5/207/612/413/113/10
13/1313/19
already [12] 4/186/13
8/18/58/98/98/139/20
9/219/229/229/25
also [3] 4/1411/1312/1
am [2] 7/47/7
AMERICA [2] 1/314/9
another [1] 7/14
answer [2] 4/106/16
answering [1] 7/5
any [6] 4/104/104/19
5/45/46/17
anything [2] 4/1211/18
appeal [1] 7/1
appearance [6] 9/3
9/1910/310/711/212/17
APPEARANCES [1]
1/22
appoint [1] 4/15
appointed [1] 11/14
are [7] 5/125/185/19
5/195/226/2210/9
arraigning [1] 5/9
arrest [1] 5/22
as [9] 3/254/165/216/3
11/2512/212/512/5
13/12
ask [5] 5/55/106/14
6/1710/11
assigned [6] 8/58/7
9/209/219/229/23
*associated [1]* 4/9
assuming [1] 5/19
ATLANTA [4] 1/21/21
3/114/6
attend [2] 11/411/5
attending [1] 12/1
attorney [3] 2/24/14
4/21
avoidance [1] 10/8

**B**

be [9] 4/125/115/208/7
12/113/513/1313/15
13/19
because [8] 3/215/15
6/27/2010/410/812/14
13/1
been [7] 3/228/59/20
9/219/229/239/25
before [3] 1/106/15
10/12
behalf [1] 7/17
being [1] 7/7
believe [1] 11/1
bench [1] 7/21
bond [8] 8/109/39/19
10/310/810/1210/12
10/13
bonds [1] 13/5
Brady [1] 9/8
break [1] 5/5
Brockway [7] 2/43/12

7/127/137/168/29/6
4/34/175/56/1712/22

brought [1] 10/10
Brown [2] 8/89/23

**C**

call [2] 3/75/8
can [15]
can't [2] 6/247/20
cannot [1] 5/15
care [1] 5/2
case [10] 3/74/225/17
5/185/195/208/59/20
10/2214/9
CATHERINE [1] 1/10
cause [1] 6/25
CERTIFICATE [1] 14/1
certify [1] 14/6
charged [1] 3/22
charges [11] 5/85/9
5/135/165/227/228/3
9/1410/1013/313/4
Circuit [2] 5/1710/17
Clerk [1] 9/22
COLTER [3] 1/1914/4
14/17
comes [1] 10/12
comfortable [1] 5/12
compel [1] 4/10
computer [1] 1/17
computer-aided [1]
1/17
confession [1] 10/8
connection [1] 14/10
constitutional [1] 7/9
contempt [1] 9/14
continue [2] 11/14
11/15
conviction [1] 10/18
copy [4] 4/24/38/25
10/1
correct [3] 10/1910/20
10/23
could [2] 9/189/18
counsel [6] 4/189/6
11/1311/1411/1512/5
counts [1] 4/1
county [2] 3/110/1
couple [1] 4/7
court [16]
court-appointed [1]
11/14
Courthouse [1] 1/20
courtroom [1] 13/8
cr [3] 1/43/714/10
CRC [2] 1/1914/17
credibility [1] 9/11
CRIMINAL [1] 1/4
cross [9] 3/246/86/20
7/117/198/128/249/5
12/21
cross-talk [9] 3/246/8
6/207/117/198/128/24
9/512/21
CRR [2] 1/1914/17
custody [1] 10/15

**D**

date [2] 10/1511/1

day [2] 5/1114/14
decided [1] 10/21
defendant [6] 1/62/4
3/206/118/209/9
DEFENDER [2] 2/4
3/15
defense [1] 3/12
demand [1] 13/15
denied [2] 7/813/17
deputy [1] 13/8
detention [8] 8/158/17
8/1811/911/1011/13
12/512/8
did [6] 4/34/510/14
10/2511/411/5
didn't [2] 4/196/4
disclose [1] 9/9
dismissal [1] 9/14
DISTRICT [4] 1/11/1
14/514/5
division [2] 1/210/25
do [11] 4/125/75/75/15
7/237/249/69/1211/8
13/714/6
document [1] 12/22
don't [3] 6/411/2013/1
done [2] 13/5
Drive [1] 1/20
due [3] 7/47/812/15

**E**

effects [1] 5/18
either [1] 9/10
Eleventh [2] 5/1710/17
else [1] 11/18
*enforcement [1]* 4/9
enter [13] 5/106/156/18
6/186/216/226/247/10
8/29/29/189/1812/7
entitled [1] 7/4
equitable [1] 10/6
establish [1] 7/3
even [1] 5/22
evidence [3] 9/99/13
10/9
Exactly [1] 10/20
exclusion [1] 9/13

**F**

facie [1] 10/9
facts [2] 5/2010/8
failing [1] 4/1
failure [2] 9/1212/6
FAPR [2] 1/1914/17
favorable [1] 9/9
FEDERAL [2] 2/43/15
file [2] 1/44/1
filed [2] 4/259/25
first [4] 4/85/145/147/3
force [1] 4/9
foregoing [1] 14/12
form [1] 14/11
formally [1] 5/7
freedom [1] 12/15
front [3] 4/311/1112/8
Fulton [1] 3/1
further [1] 12/14

**G**

GEORGIA [4] 1/11/21
3/114/6
get [4] 4/207/112/22
12/24
gets [1] 8/25
give [3] 5/913/113/1
go [8] 3/65/77/127/13
7/168/29/612/11
going [15]
Good [3] 3/113/143/18
got [2] 3/94/2
government [7] 3/94/9
4/128/158/169/710/21
government's [1] 11/9
grant [1] 11/9
guilt [1] 9/10
guilty [5] 5/105/105/11
5/137/178/310/4
guys [1] 5/19

**H**

HAKIM [7] 1/53/83/17
4/410/1411/314/9
hand [1] 13/8
happen [1] 12/5
has [4] 4/255/28/5
12/18
have [30]
he [9] 4/194/2510/12
10/1310/1510/1511/4
11/511/13
he's [2] 3/155/2
hear [1] 11/23
heard [1] 4/18
hearing [5] 11/211/10
12/112/814/11
held [1] 14/8
Hello [2] 3/103/16
help [1] 4/19
here [7] 3/173/203/20
3/215/226/36/16
hereby [1] 14/6
hire [1] 4/15
his [5] 4/194/227/17
10/1410/18
honor [18]
HONORABLE [1] 1/10
how [1] 6/5

**I**

I'd [1] 7/3
I'll [2] 7/1612/11
I'm [22]
I've [1] 4/18
idea [1] 7/14
identification [1] 6/13
immediately [1] 13/16
impeach [1] 9/11
implied [1] 6/3
important [1] 4/7
INC [1] 2/4
including [2] 9/109/13
information [2] 3/25
9/10
infringes [1] 12/14
initial [1] 10/14
instructions [1] 9/14

**I**

instrument [1] 12/16
interpret [1] 6/5
interpretation [1] 6/10
is [23]
issue [1] 11/13
issued [2] 10/2411/1
issues [1] 12/4
it [11] 5/36/56/2310/12
10/2110/2411/211/6
12/1813/813/17
it's [14] 3/73/73/254/1
4/216/98/79/39/209/20
9/219/229/2410/3
its [1] 9/8

**J**

JANA [3] 1/1914/4
14/17
Judge [11] 5/18/88/8
9/219/2311/1111/12
12/913/713/1213/18
Judge Brown [1] 9/23
Judge Vineyard [6]
5/18/811/1212/913/12
13/18
JUNE [3] 1/113/114/8
jury [1] 9/14
just [9] 4/195/35/45/5
5/2111/1911/2211/24
12/7

**K**

Kitchens [5] 2/33/9
7/1410/1111/23
know [4] 4/164/184/25
13/1

**L**

last [1] 3/25
law [8] 4/95/175/19
5/207/47/87/2012/15
lawyer [1] 8/13
leave [1] 5/3
legal [1] 10/5
let [3] 6/1411/2312/11
liberties [1] 12/14
light [1] 5/23
like [7] 7/39/29/2410/1
12/1712/1813/5
look [1] 13/12
looking [2] 10/510/6

**M**

ma'am [1] 7/21
machine [1] 14/7
Magistrate [3] 5/21
9/169/21
make [3] 4/105/158/19
manner [1] 9/12
March [1] 11/2
Marshall [4] 4/234/24
4/2511/25
material [1] 9/10
matter [1] 14/8
may [1] 9/13
me [4] 5/26/1411/23
14/11

mechanical [1] 1/17
MLB [2] 1/414/10
more [2] 11/1911/21
motion [4] 5/18/1711/9
12/2
movement [1] 12/15
moving [2] 8/158/16
Mr [3] 4/34/1711/25
Mr. [10] 3/174/45/56/17
7/1410/1110/1111/3
11/2312/22
Mr. Brockway [3] 5/5
6/1712/22
Mr. Hakim [3] 4/410/14
11/3
Mr. Kitchens [3] 7/14
10/1111/23
Mr. Saleem [1] 3/17
Multiple [9] 3/236/7
6/197/107/188/118/23
9/412/20
my [15]

**N**

name [1] 4/22
Nathan [2] 2/33/9
nature [1] 6/25
need [3] 5/76/211/18
no [4] 1/44/85/2311/20
NORTHERN [2] 1/1
14/5
not [16]
note [1] 11/24
noted [1] 12/19
notice [1] 9/24
now [3] 5/312/713/13
Number [1] 14/9

**O**

object [2] 5/2312/13
objection [7] 3/196/12
7/158/48/68/1412/10
objections [1] 7/1
obligation [1] 9/8
OFFICE [1] 2/2
offices [1] 14/6
Official [3] 1/1914/4
14/18
Okay [8] 6/47/127/25
8/1910/1110/1711/8
13/17
once [1] 5/18
one [7] 4/85/79/110/6
11/1911/2111/22
open [2] 3/114/8
order [1] 12/7
original [2] 10/112/16
overlapping [9] 3/23
6/76/197/107/188/11
8/239/412/20
overturned [1] 5/18
own [1] 6/22

**P**

p.m [1] 13/22
penal [2] 13/213/2
pending [1] 12/8
pick [1] 4/15
place [1] 8/13

placed [2] 12/1713/5
Plaintiff [1] 1/42/2
planning [1] 12/2
plea [10] 5/105/156/15
6/216/247/178/210/4
10/410/7
plead [2] 5/116/22
pleading [1] 5/12
please [2] 12/2313/9
positive [1] 6/13
practice [1] 7/20
present [1] 5/8
prima [1] 10/9
principal [3] 3/196/2
6/5
proceedings [8] 1/11
1/175/249/1513/2114/8
14/1014/13
process [3] 7/47/8
12/15
prodigy [1] 9/8
produced [1] 1/17
progeny [1] 9/8
PROGRAM [1] 2/4
proper [1] 13/4
prosecution [1] 9/11
prosecution's [1] 9/12
provide [1] 8/17
provided [1] 6/13
providing [1] 9/24
punishment [1] 11/9
purpose's [1] 7/1
put [2] 4/37/13

**Q**

question [2] 5/157/5
questions [4] 4/115/4
6/166/17

**R**

RDR [1] 14/17
receipt [2] 9/2513/6
recess [2] 13/1413/19
record [17]
recorded [2] 1/1713/6
reduced [1] 14/11
reestablished [1] 5/21
related [2] 4/112/4
released [1] 13/15
remain [1] 4/8
remedy [1] 10/5
remind [1] 14/7
reported [1] 14/7
Reporter [3] 1/1914/4
14/18
REPORTERS [1] 13/23
represent [2] 4/144/16
required [1] 11/2
result [1] 9/13
returns [1] 4/2
reversed [1] 10/18
revoked [1] 10/14
right [11] 3/63/214/6
4/84/146/16/37/612/4
13/1013/19
rights [1] 4/7
RMR [1] 1/19
Ross [2] 2/43/12

**S**

said [3] 5/205/2114/10
sake [1] 7/2
SALEEM [4] 1/53/8
3/1714/9
SALINAS [1] 1/10
same [3] 3/255/22
sanctions [1] 9/13
say [4] 4/124/1812/11
12/12
saying [1] 6/2
says [1] 5/17
seated [3] 3/124/17
sec [1] 11/22
sentenced [1] 10/16
sentencing [1] 10/15
September [1] 14/14
set [2] 11/1111/9
settlement [3] 10/7
12/1612/17
should [1] 6/22
show [2] 10/1412/6
silent [1] 4/8
sir [3] 3/18
so [19]
someone [2] 4/154/16
something [1] 5/1
speak [1] 5/5
Standby [1] 2/4
statements [1] 4/10
STATES [5] 1/11/33/7
14/514/9
status [1] 11/2
Stenograph [1] 14/7
stenography [1] 1/17
still [1] 4/21
submit [1] 10/2
sum [1] 13/2
summons [3] 10/24
11/112/6
superior [1] 10/9
sure [1] 8/19
surety [1] 6/3
SW [1] 1/20

**T**

table [2] 3/134/18
take [3] 5/213/1013/17
taken [1] 10/15
talk [9] 3/246/86/20
7/117/198/128/249/5
12/21
taped [2] 1/1114/7
tax [2] 4/110/25
Ted [1] 1/20
temporary [1] 12/7
tending [1] 9/11
that [40]
that's [10] 5/15/96/56/5
9/910/410/1910/23
13/1313/17
them [1] 13/1
then [7] 5/107/710/15
10/1710/2111/812/5
there [4] 4/195/2310/16
11/18
There's [1] 5/17
these [4] 5/165/215/23

10/10
They [1] 10/9
thing [4] 5/77/311/19
11/21
think [2] 6/411/20
this [15]
those [4] 13/413/5
13/1013/12
three [4] 4/17/228/3
13/1
through [1] 4/20
Thursday [6] 5/211/10
12/112/213/1213/18
Thursday's [1] 12/8
time [4] 4/15/411/12
timely [1] 9/12
today [4] 4/174/205/11
13/13
told [1] 5/2
too [1] 8/25
total [2] 13/213/2
transcript [3] 1/111/17
14/12
true [2] 6/1114/12
try [1] 10/22
Turner [1] 1/20
typewritten [1] 14/11

**U**

U.S [2] 1/202/2
under [1] 9/10
understand [3] 5/16
5/256/25
understanding [2]
4/2111/25
unintelligible [9] 3/23
6/76/197/107/188/11
8/239/412/20
UNITED [5] 1/11/33/7
14/514/9
unless [2] 6/257/14
up [4] 6/610/1412/6
13/17
upon [1] 12/14
used [2] 4/136/4
uses [1] 13/6

**V**

Vineyard [8] 5/18/8
9/211/1111/1212/9
13/1213/18
violation [1] 7/8
voices [9] 3/236/76/19
7/107/188/118/239/4
12/20

**W**

want [8] 4/64/199/6
10/1011/1411/1512/12
13/7
wanted [1] 10/22
warrant [1] 5/12
was [8] 5/185/2310/12
10/1310/1310/1510/15
11/24
we [5] 5/85/95/108/13
13/13
we'll [4] 5/313/1013/13
13/19

**W**

We've [1] 3/9
well [7] 6/96/911/25
12/312/513/1013/13
were [2] 13/2114/11
what [3] 5/811/812/11
what's [1] 4/22
when [3] 6/310/11
10/14
where [2] 5/911/2
Whereupon [1] 13/21
whether [2] 11/14
11/15
which [1] 7/8
wife [3] 10/112/18
12/23
will [4] 8/1710/1111/25
12/5
withdraw [2] 5/112/2
without [2] 11/1512/15
witnesses [1] 9/11
word [1] 6/5
would [9] 5/119/29/24
10/112/1712/1812/22
13/513/15
written [1] 8/17

**Y**

Yes [2] 9/1712/25
you [55]
you're [4] 3/216/26/2
6/11
you've [2] 3/214/2
your [21]
your Honor [12] 3/11
4/56/126/247/2410/13
11/511/611/1711/19
11/2012/10
yourself [1] 4/16

**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
**PLEA AND**
**SENTENCE**



**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: _06/13/2023_

By: _____ Deputy Clerk
Kevin P. Weimer, Clerk of Court

Filed in Open Court:   Date: **6/13/23**   Tape: **FTR**   at **2:49**   Time in Court: **8 mins**

Magistrate (presiding): **Catherine M. Salinas**
Case Number: **1:18-CR-126**

Deputy Clerk **Angela Smith**
Defendant's Name: **Saleem Hakim**

AUSA: **Nathan Kitchens**

Defendant's Attorney: **Ross Brockway**

USPO/PTR: **Skyra Watson**

Type Counsel: ( ) Retained  ( ) CJA  (✓FPD  ( ) Waived

_____ ARREST DATE:

_____ INTERPRETER _____

**✓** INITIAL APPEARANCE HEARING. ( ) in **THIS DISTRICT**        Dft. In Custody? ( ) Yes  ( ) No

_____ Defendant advised of right to counsel.  WAIVER OF COUNSEL filed.

**✓** ORDER appointing Federal Defender Program as counsel. (✓INITIAL APPEARANCE ONLY

_____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.

_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

**✓** Copy indictment/information given to dft? (✓) Yes  ( ) No     Read to dft? ( ) Yes  (✓No.

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

**✓** ARRAIGNMENT HELD. ( ) superseding indictment/information.

_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.

_____ Dft. fails to appear for arraignment.  BENCH WARRANT ISSUED _____

**✓** Dft. enters PLEA OF NOT GUILTY. (✓) Dft. stood mute plea of NOT GUILTY entered.

_____ MOTION TO CHANGE PLEA, and order allowing same.

_____ PLEA OF GUILTY/NOLO as to counts _____

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

**✓** ASSIGNED TO JUDGE _____**Brown**_____ for: (✓) trial ( ) arraignment/sentence.

**✓** ASSIGNED TO MAGISTRATE _____**Vineyard**_____ for pretrial proceedings.

_____ Estimated trial time: _____ days ( ) SHORT  ( ) MEDIUM  ( ) LONG

_____ CONSENT TO PRESENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

**EXHIBIT B**

**✓** See other side.

_____Saleem_Hakim_____. Defendant

✓ Government MOTION FOR DETENTION filed. Hearing set for _6/15/23_ at _11:00 am w/ Judge_
✓ Temporary commitment issued. _____Vinyard_
____ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S District Court for the
_____ District of _____.

BOND/PRETRIAL DETENTION HEARING ___✓___ Three documents filed into the record.

1) Appearance and Settlement Bond for
____ BOND/PRETRIAL DETENTION hearing held. $ 20,000,000.00
____ MOTION FOR REDUCTION OF BOND hearing held. 2) Appearance and settlement bond for
____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED $ 5,600,000.00.
____ WRITTEN ORDER TO FOLLOW. 3) Blank Appearance and
____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED settlement bond.
____ WRITTEN ORDER TO FOLLOW.

____ BOND SET AT $ _____
____ Non-surety
____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
____ SPECIAL CONDITIONS: _____
_____
_____
_____
_____

____ Bond Filed: defendant released.
____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

_____

SENTENCE : _____

_____

✓ **Order**

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

CTY# YEAR   UCC #
**0332023-01165**
Filed and Recorded Apr-03-2023 10:32am

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

**EXHIBIT C**

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
SALEEM NAAZIR HAKIM TRUST    +1 (313) 770-2753

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**
SALEEM NAAZIR HAKIM  TRUST/ESTATE
Office of the Administrator of Trust
C/o 2451 Cumberland Pkwy., Suite 3404
Atlanta, Georgia [30339]
Attn: Trustee

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
0332021-00334 Filed and Recorded Jan-22-2021 02:55pm

**1b.** [X] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** [X] **ASSIGNMENT (full or partial):** Provide name of Assignee in Item 7a or 7b, and address of Assignee in Item 7c and name of Assignor in Item 9
For partial assignment, complete Items 7 and 9 and also indicate affected collateral in Item 8

**4.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** [ ] **PARTY INFORMATION CHANGE:**
Check one of these two boxes:                     AND Check one of these three boxes to:
This Change affects [ ] Debtor or [ ] Secured Party of record     [ ] CHANGE name and/or address: Complete Item 6a or 6b; and Item 7a or 7b and Item 7c   [ ] ADD name: Complete item 7a or 7b, and Item 7c   [ ] DELETE name: Give record name to be deleted in Item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | |
|---|---|
| 7b. INDIVIDUAL'S SURNAME | Brown |
| INDIVIDUAL'S FIRST PERSONAL NAME | Michael L. |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | Judge Michael L. Brown |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 75 Ted Turner Drive, SW | Atlanta | GA | 30303-3309 | U.S. |

**8.** [ ] **COLLATERAL CHANGE:** Also check one of these four boxes: [ ] ADD collateral  [ ] DELETE collateral  [ ] RESTATE covered collateral  [X] ASSIGN collateral
Indicate collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE (Notice of Tender): The following property is being assigned by the Secured Party:
PRIVATE REGISTERED BONDED - APPEARANCE AND SETTLEMENT BOND - RB 870 193 021 US [Amount to be determined upon Assessment]
PRIVATE REGISTERED BONDED - APPEARANCE AND SETTLEMENT BOND - RB 870 192 998 US [$20,000,000.00]
PRIVATE REGISTERED BONDED - APPEARANCE AND SETTLEMENT BOND - RB 870 193 018 US [$5,600,000.00]
Value of Collateral: Twenty-five million Six-hundred thousand and 00/100 Dollars -- USD $25,600,000.00 *SPECIAL DEPOSIT INSTRUCTIONS*
U.S. DISTRICT COURT NORTHERN DISTRICT OF GEORGIA - 1:18-cr-00126-MLB-RGV-1 (and all associated accounts)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SALEEM NAAZIR HAKIM  TRUST | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
ADDITIONAL NOTICE: UCC FINANCING STATEMENT AMENDMENT - 0332021-00544 Filed and Record Feb-05-2021 02:29pm

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

CTY# YEAR     UCC #
0332023-0165

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

| 19. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form |
|---|
| 0332021-00334 Filed and Recorded Jan-22-2021 02:55pm |

| 20. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as Item 9 on Amendment form |
|---|
| 20a. ORGANIZATION'S NAME |
| SALEEM NAAZIR HAKIM TRUST |

OR

| 20b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 21c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

22. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

23. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

24. [X] ADDITIONAL SECURED PARTY'S NAME or [ ] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Vineyard | Russell G. | Magistrate Russell G. Vineyard | |
| 24c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 75 Ted Turner Drive, SW | Atlanta | GA / 30303-3309 | U.S. |

25. [X] ADDITIONAL SECURED PARTY'S NAME or [ ] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Weimer | Kevin P. | Kevin P. Weimer, Clerk of Court | |
| 25c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 75 Ted Turner Drive, SW | Atlanta | GA / 30303-3309 | U.S. |

26. MISCELLANEOUS:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE (Notice of Tender): The following property is being assigned by the Secured Party:
Value of Collateral: Twenty-five million Six-hundred thousand and 00/100 Dollars -- USD $25,600,000.00 *SPECIAL DEPOSIT INSTRUCTIONS*
U.S. DISTRICT COURT NORTHERN DISTRICT OF GEORGIA - 1:18-cr-00126-MLB-RGV-1 (and all associated accounts)

ADDITIONAL NOTICE: UCC FINANCING STATEMENT AMENDMENT - 0332021-00544 Filed and Record Feb-05-2021 02:29pm

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (Form UCC3AP) (Rev. 08/22/11)     International Association of Commercial Administrators (IACA)

# UNITED STATES DISTRICT COURT

### NORTHERN    District of    GEORGIA

THE ABOVE SPACE IS FOR FILED IN CHAMBERS USE ONLY

**UNITED STATES OF AMERICA**

*Tendered at* Atlanta, Georgia, U.S.A.
on behalf of

NON-NEGOTIABLE
COPY

**SALEEM HAKIM**
Defendant

SALEEM NAAZIR HAKIM - TRUST
Office of the Administrator of Trust
Attn: Trustee/General Executor
In care of
2451 Cumberland Pkwy., S.E., Suite 404
Atlanta, Georgia [UPU-RL 11# [22]]
+1 (313) 720-2753
snhakimttee@live.com

## APPEARANCE AND SETTLEMENT BOND
NEGOTIABLE BANKERS' ACCEPTANCE *of all* CHARGING INSTRUMENT(S)

**FOR SPECIAL DEPOSIT ONLY**
**CREDITED TO THE FOLLOWING CASE ACTION:**  Case Number:  **1:18 - CR-00126**

I/We, the undersigned Trustee/Beneficiary who by special appearance and who is without recourse to the alleged Defendant, hereby acknowledge the Defendant's obligation(s) to the United States of America and tender by the negotiation of this instrument to the sum certain amount of the total penalty charge(s):    Five Million Six Hundred Thousand Dollars and 00/100

**$ 5,600,000.00**    By special deposit in the Registry of the Court and Filed in Chambers to be credited to the Case Number noted above and all associated accounts for full settlement and discharge of all further obligations and immediate release of lien of real or personal property held in escrow.

Be it further acknowledged and stated for the record that this Appearance and Settlement Bond is equal to a "Plea in Chambers" and is in "Confession and Avoidance" on behalf of the alleged defendant,  **SALEEM HAKIM [2257]**

With this CONSTRUCTIVE, ACTUAL, ADMINISTRATIVE, and JUDICIAL NOTICE; this cause of action and the charging instrument(s) (i.e., "Charge(s)") held in the individual name of alleged defendant (a.k.a. "Credit One Vic Title" or "Estate"), whereas under the court's assumption, presumption, and color of law, the Doctrine of Idem Sonans is INAPPLICABLE (Emphasis Added) under circumstances where the written or spoken name(s) are material to the positive identification of facts that would prejudice the Status, Standing, Capacity of the undersigned living man of "an original people" indigenous to the land and and jurisdiction, as one of the people of the several states, and is equal to a "Foreign National".

NOTICE : THERE IS NO IMMUNITY, JUDICIAL OR OTHERWISE FOR "COURT OFFICERS" WHO KNOWINGLY AND WILFULLY VIOLATES THE RIGHTS OF A FOREIGN NATIONAL!! FOR ADDITIONAL INFORMATION SEE UNITED STATES DEPARTMENT OF STATE - CONSULAR NOTIFICATION AND ACCESS, INSTRUCTIONS FOR FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT AND OTHER OFFICIALS REGARDING FOREIGN NATIONALS. RIGHTS.

The undersigned Trustee/Beneficiary has NO joint and several liability, comparative fault, or hybrid of the two, to the alleged defendant and reserves their Right to subrogation in the form of a "Subrogation Demand" as an equitable remedy that provides relief for one of the people of the several states, or alleged legal "person" being held as Surety "Property "and/or "Collateral"; for Appearance, Compliance, Payment, Performance or like obligations intended for the alleged defendant(s).

This Subrogation Demand is unconditionally ORDERED by this fiduciary assignment and "Power of Appointment" to officer(s), of the court i.e., judge(s), clerk(s), administrator(s), prosecutor(s), attorney(s), bailiff(s), sheriff(s), deputy(ies), marshal(s), warden(s), et al., ("Public Trustee(s)") to faithfully discharge their performance obligation by oath, bond, and "Office," that is hereby "Accepted" or by "Acceptance", by the undersigned endorsee, without recourse. All instruments and/or securities issued in the name of the alleged defendant, shall by these SPECIAL DEPOSIT INSTRUCTIONS, be credited to the case action and all associated accounts, in favor of the UNITED STATES OF AMERICA as full settlement of any further obligations and immediate release of all Lien, Property, "Person(s) and/or "a people" being held as collateral.

DISHONOR OF THIS INSTRUMENT WILL CONSTITUTE THE UNDERSIGN'S FORMAL "OBJECTION" ON THE COURT OF RECORD "WITH THE INTENT TO PRESERVE THE ERROR(S) AND THE COURT'S DISHONOR FOR APPELLANT REVIEW. ALSO, DISHONOR AND/OR REFUSAL OF THIS INSTRUMENT TO THE EXTENT OF THE AMOUNT THAT LEGAL TENDER IS REFUSED WHEN THERE IS AN OBLIGATION TO ACCEPT THE INSTRUMENT, THERE IS DISCHARGE/SET-OFF [cf U.C.C. § 8-508]. DEFACING, DESTRUCTION, MUTILATION, OR LOSS OF THIS INSTRUMENT WILL CONSTITUTE "CREDITS ON ACCOUNT" IN FAVOR OF THE DEFENDANT AND/OR SECURED PARTY.

BE IT SO EXECUTED, as official business of the Office of the Administrator of Trust, for the SALEEM NAAZIR HAKIM, TRUST, Estate, the Trustee / Beneficiary/ Subrogee has duly executed this instrument and hereunto set his hand and seal under the penalty of perjury, without the U.S.

NON-NEGOTIABLE

This Bond is signed on _____ day of _____ Two thousand Twenty-three (20 __ )

Autograph by: _____
[cf. U.C.C.C. [1-3-402]

Notice of Nationality & state - Id., [DB: 16098, Pg.4234]  Hakim; Saleem Naazir, *Trustee/Executor; Agent, Without Recourse*
Silver Indemnity Bond (Notice), [DB: 15909, Pg. 2680]  American National > Nat'l ID Card RE.812 818 385 US
UCC Financing Statement, AMD, [0832021-00544]  SALEEM NAAZIR HAKIM TRUST [ESTATE] "*As good as Atal*"
On file at Clerk of the Superior Court,  Secured Party / Creditor / Collateral Holder / Beneficiary
Cobb County, Georgia U.S.A.  Redeemable in Lawful U.S. Currency of Exchange [12 U.S.C. §911]

RE 870 198 018 US

CITY# YEAR
0332023-01165
Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.
UCC #
Clerk of Superior Court Cobb Cty., Ga.

# UNITED STATES DISTRICT COURT

### NORTHERN District of GEORGIA

**UNITED STATES OF AMERICA**

**SALEEM HAKIM**
Defendant

NON NEGOTIABLE COPY

*Issued at Atlanta, Georgia, U.S.A.*
*on behalf of*

**SALEEM NAAZIR HAKIM ™ TRUST**
Office of the Administrator of Trust
Attn: Trustee/General Executor
*In care of*
2451 Cumberland Pkwy. S.E. Suite 404
Atlanta, Georgia [UPU RR 114 (221)]
+1 (313) 770-2753
smhakimtttee@live.com

## APPEARANCE AND SETTLEMENT BOND
NEGOTIABLE BANKERS' ACCEPTANCE of a/n CHARGING INSTRUMENT(S)

**FOR SPECIAL DEPOSIT ONLY:**
**CREDITED TO THE FOLLOWING CASE ACTION:** Case Number: 1:18 - CR-00126 -

I/We, the undersigned Trustee/Beneficiary who by the secured appearance and who is without recourse to the alleged Defendant, hereby acknowledge the Defendant's obligation(s) to the United States of America, and tender by the acceptation of this instrument to the sum certain amount of the total bond charged:

**Twenty Million Dollars and 00/100**

| | |
|---|---|
| **$20,000,000.00** | By special deposit at the Registry of the Court and filed in Chambers to be credited to the Case Number noted above, and all associated accounts for full settlement and discharge of all further obligations and immediate release of lien of real or personal property held in escrow. |

Be it further acknowledged and stated for the record that this Appearance and Settlement Bond is equal to a "Plea in Chambers" and is in "Confession and Avoidance" on behalf of the alleged defendant, **SALEEM HAKIM [2257]**

With this **CONSTRUCTIVE, ACTUAL, ADMINISTRATIVE,** and **JUDICIAL NOTICE**, the charging instrument(s) (i.e., "Charge(s)") held in the individual name of alleged defendant (i.e., "Cestui Que Vie Trust" or "Estate"), whereas, under the court's assumption, presumption, and color of law, the Doctrine of Idem Sonans is INAPPLICABLE (Emphasis Added) under circumstances where the written or spoken name(s) are material to the positive identification or fact that would prejudice the Status/Standing/Capacity of the undersigned living man of an original people "indigenous to the land and of no jurisdiction" as one of the people of the several states, and is equal to a "Foreign National".

**NOTICE: THERE IS NO IMMUNITY, JUDICIAL OR OTHERWISE FOR "COURT OFFICERS" WHO KNOWINGLY AND WILLFULLY VIOLATE THE RIGHTS OF A FOREIGN NATIONAL. FOR ADDITIONAL INFORMATION SEE UNITED STATES DEPARTMENT OF STATE - CONSULAR NOTIFICATION AND ACCESS - INSTRUCTIONS FOR FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT AND OTHER OFFICIALS REGARDING FOREIGN NATIONALS' RIGHTS.**

The undersigned Trustee/Beneficiary has **NO** joint and several liability, comparative fault, or hybrid of the two, to the alleged defendant and reserves their Right to subrogation in the form of a "Subrogation Demand" as an equitable remedy that provides relief for one of the people of the several states on alleged legal "person" being held as Surety "Property" and/or "Collateral" for Appearance, Compliance, Payment, Performance or like Obligations intended for the alleged defendant(s).

This **Subrogation Demand** is unconditionally **ORDERED** by this fiduciary assignment and "Power of Appointment" to officer(s) of the Court (i.e., judge(s), clerk(s), administrator(s), prosecutor(s), attorney(s), bailiff(s), sheriff(s), officer(s), trustee(s), marshal(s), warden(s), et al, ("Public Trustee(s)") to faithfully discharge their performance obligation by oath, bond, and "Office" that is hereby "Accepted" or "By "Acceptance" by the undersigned endorsee, without recourse. All instruments and/or securities issued in the name of the alleged defendant, shall by these SPECIAL DEPOSIT INSTRUCTIONS, be credited to the case action and all associated accounts, in favor of the UNITED STATES OF AMERICA as full settlement of any further obligations and immediate release of all Liens, Property, "Person(s) and or "a' people being held as collateral. **DISHONOR OF THIS INSTRUMENT WILL CONSTITUTE THE UNDERSIGN'S FORMAL "OBJECTION" ON THE COURT OF RECORD WITH THE INTENT TO PRESERVE THE ERROR(S) AND THE COURT'S DISHONOR FOR APPELLANT REVIEW. ALSO, DISHONOR AND/OR REFUSAL OF THIS INSTRUMENT TO THE EXTENT OF THE AMOUNT THAT LEGAL TENDER IS REFUSED WHEN THERE IS AN OBLIGATION TO ACCEPT THE INSTRUMENT, THERE IS DISCHARGE/SET-OFF [U.C.C. § 3-603]. DEFACING, DESTRUCTION, MUTILATION, OR LOSS OF THIS INSTRUMENT WILL CONSTITUTE "CREDIT" ON AN ACCOUNT IN FAVOR OF THE DEFENDANT AND/OR SECURED PARTY.**

**BE IT SO EXECUTED**, as official business of the **Office of the Administrator of Trust**, for the **SALEEM NAAZIR HAKIM TRUST**, Estate, the Trustee/Beneficiary/Subrogee has duly executed this instrument and thereunto set his hand and seal under the penalty of perjury, without the U.S.

This Bond is signed on ___ day of ___ Two thousand Twenty three [20__]

NON NEGOTIABLE COPY

Autograph by: _____ [U.C.C.1 § 1-308]

Notice of Nationality & status "Id." (DB-16098); Pg. 4924)  Hakim, Saleem N'kkiru, Trustee Affiant © With Without Recourse
Silver Indemnity Bond (Notice) (DB-16900; Pg. 26801  American National Secured Party for a Priority Security Interest in This Use
U.C.C. Financing Statement AMD# [0332021-00544] SALEEM NAAZIR HAKIM™ TRUST [ESTATE] "All Equal at Zeal"
On file at Clerk of the Superior Court, Secured Party / Creditor / Collateral Holder / Beneficiary
Cobb County, Georgia U.S.A.  Redeemable at Lawful U.S. Currency of Exchange [12 U.S.C. §411]

# UNITED STATES DISTRICT COURT

### NORTHERN District of GEORGIA

*THE ABOVE SPACE IS TO BE HELD IN CHAMBERS USE ONLY*

**UNITED STATES OF AMERICA**

*Instituted at* Atlanta, Georgia, U.S.A.
on behalf of:

v.

**NON-NEGOTIABLE**
**\*COPY\***

**SALEEM NAAZIR HAKIM : TRUST**
Office of the Administrator of Trust
Attn: Trustee/General Executor
in care of:

**SALEEM HAKIM**

Defendant.

2451 Cumberland Pkwy. S.E. Suite 404
Atlanta, Georgia [UPU RD. 114 (2.2)]
1 (313) 770-2753
snhakimittee@live.com

## APPEARANCE AND SETTLEMENT BOND
NEGOTIABLE BANKERS' ACCEPTANCE *of all CHARGING INSTRUMENT(S)*

**FOR SPECIAL DEPOSIT ONLY**
**CREDITED TO THE FOLLOWING CASE ACTION** Case Number: **1:18 - CR-00126**

I/We, the undersigned Trustee/Beneficiary who by special appearance and who is without recourse to the alleged Defendant hereby acknowledge the Defendant's obligation(s) to the United States of America and tender by the negotiation of this instrument to the sum certain amount of the total penal charge(s):

By special deposit in the Registry of the Court and Filed in Chambers to be credited to this Case Number noted above and all associated accounts for full settlement and discharge of all further obligations and immediate release of lien of real or personal property held in escrow.

Be it further acknowledged and stated for the record that this *Appearance and Settlement Bond* is equal to a "Plea in Chambers" and is in "Confession and Avoidance" on behalf of the alleged defendant, **SALEEM HAKIM [22571]**.

With this **CONSTRUCTIVE, ACTUAL, ADMINISTRATIVE, and JUDICIAL NOTICE**: this cause of action and the charging instrument(s) (i.e., "Charge(s)") held in the individual name of alleged defendant (a.k.a., "CestuiQue Vie Trust" or "Estate"), whereas under the court's assumption, presumption, and color of law, the Doctrine of Idem Sonans is **INAPPLICABLE** (Emphasis Added) under circumstance where the written or spoken name(s) are material to the positive identification of facts that would prejudice the Status, Standing, Capacity of the undersigned living man of "an original people" indigenous to the land and soil jurisdiction, as one of the people of the several states; and is equal to a "Foreign National".

**NOTICE : THERE IS NO IMMUNITY, JUDICIAL OR OTHERWISE FOR COURT OFFICERS WHO KNOWINGLY AND WILLFULLY VIOLATE THE RIGHTS OF A FOREIGN NATIONAL. FOR ADDITIONAL INFORMATION SEE UNITED STATES DEPARTMENT OF STATE - CONSULAR NOTIFICATION AND ACCESS, INSTRUCTIONS FOR FEDERAL STATE, AND LOCAL LAW ENFORCEMENT AND OTHER OFFICIALS REGARDING FOREIGN NATIONALS : RIGHTS.**

The undersigned Trustee/Beneficiary has **NO** joint and several liability, comparative fault, or hybrid of the two, to the alleged defendant and reserves their Right to subrogation in the form of a "Subrogation Demand", as an equitable remedy that provides relief for one of the people of the several states or alleged legal "person" being held as Surety ("Property" and/or "Collateral") for Appearance, Compliance, Payment, Performance or like obligations intended for the alleged defendant(s).

This **Subrogation Demand** is unconditionally **ORDERED** by this fiduciary assignment and "Power of Appointment" to officer(s) of the court i.e., judge(s), clerk(s), administrator(s), prosecutor(s), attorney(s), bailiff(s), sheriff(s), deputy(ies), marshal(s), warden(s), et al. ("Public Trustee(s)"), to faithfully discharge their performance obligation by oath, bond, and "Office", that is hereby "Accepted" or by "Acceptance" by the undersigned endorsee, without recourse. All instruments and/or securities issued in the name of the alleged defendant, shall by these SPECIAL DEPOSIT INSTRUCTIONS be credited to the case action and all associated accounts, in favor of the UNITED STATES OF AMERICA as full settlement of any further obligations and immediate release of all Liens, "Property", "Person(s) and or "a people" being held as collateral. **DISHONOR OF THIS INSTRUMENT WILL CONSTITUTE THE UNDERSIGN'S FORMAL "OBJECTION" ON THE COURT OF RECORD WITH THE INTENT TO PRESERVE THE ERROR(S) AND THE COURT'S DISHONOR FOR APPELLANT REVIEW. ALSO, DISHONOR AND/OR REFUSAL OF THIS INSTRUMENT TO THE EXTENT OF THE AMOUNT THAT LEGAL TENDER IS REFUSED WHEN THERE IS AN OBLIGATION TO ACCEPT THE INSTRUMENT, THERE IS DISCHARGE/SET-OFF [12 U.G.C. § 3-603]. DEFACING, DESTRUCTION, MUTILATION, OR LOSS OF THIS INSTRUMENT WILL CONSTITUTE "CREDIT ON ACCOUNT" IN FAVOR OF THE DEFENDANT AND/OR SECURED PARTY.**

**BE IT SO EXECUTED:** as official business of the Office of the Administrator of Trust, for the SALEEM NAAZIR HAKIM TRUST, Estate, the Trustee/Beneficiary/Subrogee has duly executed this Instrument and hereunto set his hand and seal under the penalty of perjury, without the U.S.

This Bond is signed on _____ day of _____ **NON-NEGOTIABLE**

Autograph by: _____ [U.C.C.R.L. 11-3-402]

Notice of Nationality & state : Id. [DB: 16098, Pg. 4294] Hakim, Saleem Naazir, Third Party, Without Recourse
Silver Indemnity Bond (Notice) [DB: 15909, Pg. 2680] American National, Nat'l ID: ___ RE: 212 818 303 US
UCC Financing Statement AMD: [083202U.C.6544] SALEEM NAAZIR HAKIM : TRUST [ESTATE] *As good as gold*
On file at Clerk of the Superior Court, Secured Party / Creditor/ Collateral Holder / Beneficiary
Cobb County, Georgia U.S.A. Redeemable in Lawful U.S. Currency of Exchange [12 U.S.C. § 411]

RB 870 125 081 US

Generated: Sep 26, 2023 1:36PM                                                                    Page 1/1



# U.S. District Court

## Georgia Northern - Atlanta

**THIS IS A COPY**

Receipt Date: Sep 26, 2023 1:33PM

SALEEM HAKIN

Rcpt. No: 100006538                 Trans. Date: Sep 26, 2023 1:33PM                 Cashier ID: #BC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 100 | Copies (Paper) | | 20 | 0.50 | 10.00 |
| 104 | Cert of Document/Transcript of JGMT | | 2 | 11.00 | 22.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CA | Cash | | | | $32.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $32.00 |
| Total Tendered: | $32.00 |
| Total Cash Received: | $32.00 |
| Cash Change Amount: | $0.00 |

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.

**EXHIBIT D**

# Business Information Report Snapshot

## UNITED STATES DISTRICT COURT

D-U-N-S: 11-697-8249
ADDRESS: 75 Ted Turner Dr Sw Ste 2211, Atlanta, GA, 30303, United States
**Date: 09/06/2023**

**EXHIBIT E**

## RISK ASSESSMENT

### SCORES AND RATINGS

| Max. Credit Recommendation | PAYDEX® SCORE | Delinquency Predictor Percentile | Financial Stress Percentile | Supplier Evaluation Risk Rating |
|---|---|---|---|---|
| **US$ 22,500** | **75** LOW RISK | **94** LOW RISK | **49** MODERATE RISK | **9** HIGH RISK |

### MAXIMUM CREDIT RECOMMENDATION



**Overall Business Risk**

LOW | LOW-MODERATE | **MODERATE** | MODERATE-HIGH | HIGH

**Maximum Credit Recommendation**

**US$ 22,500**

The recommended limit is based on a low probability of severe delinquency.

**Dun & Bradstreet Thinks...**

- Overall assessment of this organization over the next 12 months: STABILITY CONCERNS
- Based on the predicted risk of business discontinuation: HIGHER THAN AVERAGE RISK OF DISCONTINUED OPERATIONS OR BUSINESS INACTIVITY
- Based on the predicted risk of severely delinquent payments: VERY LOW POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS

### PAYDEX® SUMMARY



**3 Months**

**75**

Low Risk (100) — High Risk (1)

When weighted by dollar amount, payments to suppliers average 8 days beyond terms. Value is based on payments collected over the last **3 months**.

**24 Months**

**75**

Low Risk (100) — High Risk (1)

When weighted by dollar amount, payments to suppliers average 8 days beyond terms. Value is based on payments collected over the last **24 months**.

### PAYDEX®

Based on 24 months of data

| 75 | | | | Risk of Slow Pay | Payment Behavior |
|---|---|---|---|---|---|
| Low Risk (100) | | | High Risk (1) | LOW | 8 Days Beyond Terms |

Based on a D&B PAYDEX® of t

### Business and Industry Trends

6733 - Trust management

| Industry Median | Industry Upper | Industry Low | UNITED STATES DISTRICT —— |
|---|---|---|---|

OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP
2021 2021 2021 2022 2022 2022 2022 2022 2022 2022 2022 2022 2022 2022 2022 2023 2023 2023 2023 2023 2023 2023 2023 2023

---

### DELINQUENCY PREDICTOR SCORE

| 94 | | | |
|---|---|---|---|
| Low Risk (100) | | | High Risk (1) |

· Limited time under present management control
· Higher risk industry based on delinquency rates for this industry

Based on a D&B Delinquency Predictor Percentile of

| Level of Risk | Raw Score | Probability of Delinquency | Compared to Businesses in D&B |
|---|---|---|---|
| LOW | 593 | 1.25% | 10.2% |

### Business and Industry Trends

6733 - Trust management

| Industry Median | UNITED STATES DISTRICT —— |
|---|---|

OCT 2022   NOV 2022   DEC 2022   JAN 2023   FEB 2023   MAR 2023   APR 2023   MAY 2023   JUN 2023   JUL 2023   AUG 2023   SEP 2023

## FINANCIAL STRESS SCORE

| | 49 | |
|---|---|---|
| Low Risk (100) | | High Risk (1) |

Based on a D&B Financial Stress Percentile of 6

- Limited time under present management control
- Low proportion of satisfactory payment experiences to total payment experiences
- UCC Filings reported

| Level of Risk | Raw Score | Probability of Failure | Compared to Businesses in D&B |
|---|---|---|---|
| MODERATE | 1476 | 0.25% | 0.48% |

### Business and Industry Trends

6733 - Trust management

Industry Median | UNITED STATES DISTRICT ——

```
OCT   NOV   DEC   JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP
2022  2022  2022  2023  2023  2023  2023  2023  2023  2023  2023  2023
```

---

## SUPPLIER EVALUATION RISK RATING

| | | 9 |
|---|---|---|
| Low Risk (1) | | High Risk (9) |

Based on a Supplier Evaluation Risk Rating of

### Factors Affecting Your Score

- Business information cannot be confirmed due to lack of telephone response
- Limited business activity signals reported in the past 12 months
- Proportion of slow payment experiences to total number of payment experiences reported

### Business and Industry Trends

6733 - Trust management

Supplier Evaluation Score——



## D&B RATING

Current Rating

**Special Rating**

DS: Undetermined

## TRADE PAYMENTS SUMMARY

Based on 24 months of data

**Overall Payment Behavior**

**8**

Days Beyond Terms

Highest Now Owing: US$ 100

**% of Trade Within Terms**

**88%**

**Total Trade Experiences:** 4

Largest High Credit: US$ 750

Average High Credit: US$ 525

**Highest Past Due**

**US$ 0**

**Total Unfavorable Comments :** 0

Largest High Credit: US$ 0

**Total Placed in Collections:** 0

Largest High Credit: US$ 0

## TRADE PAYMENTS BY CREDIT EXTENDED

| $ CREDIT EXTENDED | % OF PAYMENTS WITHIN TERMS | # PAYMENT EXPERIENCES | TOTAL & DOLLAR AMOUNT |
|---|---|---|---|
| OVER 100,000 | 0% | 0 | $0 |
| 50,000 - 100,000 | 0% | 0 | $0 |
| 15,000 - 49,999 | 0% | 0 | $0 |
| 5,000 - 14,999 | 0% | 0 | $0 |
| 1,000 - 4,999 | 0% | 0 | $0 |
| UNDER 1,000 | 82% | 4 | $2,100 |

## TRADE PAYMENTS BY INDUSTRY

Collapse All  |  Expand All

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) |
|---|---|---|---|
| 38 - Measuring Analyzing And Controlling Instuments; ▾Photographic Medical And Optical Goods; Watches And Clocks | 2 | 750 | |
| 3861 - Mfg Photograph Equip | 2 | 750 | 70 |
| ▾27 - Printing, Publishing And Allied Industries | 1 | 750 | |
| 2741 - Misc Publishing | 1 | 750 | 100 |
| ▾51 - Wholesale Trade - Nondurable Goods | 1 | 100 | |

| 5113 - Whol Service Paper | 1 | 100 | 100 |
|---|---|---|---|

## TRADE LINES

| Date of Experience ▾ | Payment Status | Selling Terms | High Credit (US$) | Now Owes (US$) | Past Due (US$) | Months Since Last Sale |
|---|---|---|---|---|---|---|
| 08/2023 | Prompt | - | 100 | 0 | 0 | Between 4 and 5 Months |
| 07/2023 | Prompt | - | 750 | 0 | 0 | Between 6 and 12 Months |
| 07/2023 | Prompt | - | 500 | 0 | - | Between 6 and 12 Months |
| 07/2023 | Prompt to Slow | - | 750 | 100 | - | 1 Month |

## LEGAL EVENTS

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

| SUITS | | JUDGEMENTS | | LIENS | | UCC FILINGS | |
|---|---|---|---|---|---|---|---|
| TOTAL | 0 | TOTAL | 0 | TOTAL | 0 | TOTAL | 4 |
| LAST FILING DATE | - | LAST FILING DATE | - | LAST FILING DATE | - | LAST FILING DATE | 03/05/2021 |

General: The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this was reported. This information may not be reproduced in whole or in part by any means of reproduction.

UCC Filings: There may be additional UCC Filings in the D&B file on this company which are available by contacting 1-800-234-3867.

Suits, Liens, Judgements: There may be additional suits, liens, or judgements in D&B's file on this company available in the U.S. Public Records Database that are also covered under your contract. If you would like more information on this database, please contact the Customer Resource Center at 1-800-234-3867.

Lien: A lien holder can file the same lien in more than one filing location. The appearance of multiple liens filed by the same lien holder against a debtor may be indicative of such an occurrence.

## EVENTS

### UCC Filing - Original

| | |
|---|---|
| Filing Date | 2021-03-05 |
| Filing Number | 06021001764 |
| Received Date | 2021-03-25 |
| Collateral | SECURITY INTEREST |
| Secured Party | DAVIS, LOQUANA, DOUGLASVILLE, GA |
| Secured Party | MGC HOLDINGS TRUST, DOUGLASVILLE, GA |
| Debtors | UNITED STATES DISTRICT COURTS |
| Filing Office | FULTON COUNTY SUPERIOR COURT CLERKS OFFICE, ATLANTA, GA |

### UCC Filing - Original

| | |
|---|---|
| Filing Date | 2021-03-05 |
| Filing Number | 06021001763 |
| Received Date | 2021-05-25 |
| Collateral | SECURITY INTEREST |
| Secured Party | HALL, OCTAVIA, DOUGLASVILLE, GA |
| Secured Party | MGC HOLDINGS TRUST |

| Debtors | UNITED STATES DISTRICT COURTS |
|---|---|
| Filing Office | FULTON COUNTY SUPERIOR COURT CLERKS OFFICE, ATLANTA, GA |

**UCC Filing** - Assignment

| Filing Date | 2016-02-17 |
|---|---|
| Filing Number | 04816000281 |
| Received Date | 2016-03-18 |
| Collateral | NOTICE OF BAILMENT |
| Original Filing Date | 2016-02-17 |
| Original Filing Number | 04816000281 |
| Secured Party | FREDERICK AND WILLIE JENKINS, ESTATE, DOUGLASVILLE, GA |
| Secured Party | FREDERICK JENKINS, ESTATE |
| Debtors | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA |
| Debtors | and OTHERS |
| Filing Office | DOUGLAS COUNTY SUPERIOR COURT CLERKS OFFICE, DOUGLASVILLE, GA |

**UCC Filing** - Original

| Filing Date | 2009-06-01 |
|---|---|
| Filing Number | 2009239036024 |
| Received Date | 2009-06-09 |
| Collateral | Negotiable instruments including proceeds and products - Inventory including proceeds and products - Account(s) including proceeds and products - Assets including proceeds and products - and OTHERS |
| Secured Party | :KING, :ORLANDO -NORVELL BEY, ATLANTA, GA |
| Debtors | UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, FRANKFORT, KY |

COMPANY EVENTS

**The following information was reported on: 07-22-2023**

Business started 2018.

SPECIAL EVENTS

There are no special events recorded for this business.

D&B currently has no financial information on file for this company.

## COMPANY OVERVIEW

**D-U-N-S**
11-697-8249

**Mailing Address**
75 Ted Turner Dr Sw Ste 2211, Atlanta
GA 30303, US

**Annual Sales**
-

**Business Form**
-

**Telephone**
(404) 215-1630

**Employees**
2

**Date Incorporated**
-

**Fax**
-

**Age (Year Started)**
5 years (2018)

**State of Incorporation**
-

**Website**
-

**Named Principal**
KATHY SEWELL, PRIN

**Ownership**
-

**Line of Business**
Trust management

**SIC**
6733

This business is not currently a part of a family tree.

©Dun & Bradstreet, Inc. 2023. All rights reserved.
Privacy Policy | Terms of Use