U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00352)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 14 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.   1:18-CR-126 |
| | MAGISTRATE CASE NO. |

X Indictment
DATE: November 14, 2023

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
SALEEM NAAZIR HAKIM

SUPERSEDING INFORMATION
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   X Yes   No

Will the defendant require an interpreter?   Yes   X No

District Judge: Michael L. Brown

Attorney: Christopher J. Huber
Defense Attorney: William E. Styles