IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 7 2024

KEVIN P. WEIMER, Clerk
By ⟨signature⟩ Deputy Clerk

UNITED STATES OF AMERICA )
)
)
vs. )
)
)   Case No. 1:18-cr-126-MLB-RGV
SALEEM NAAZIR HAKIM, )
)
        Defendant. )
)
)

## MOTION TO DISMISS
## FOR PROSECUTORIAL MISCONDUCT

COME NOW, SALEEM NAAZIR HAKIM [2257], by and through

undersigned, files this Motion to Dismiss for Prosecutorial Misconduct, which has

caused irreparable harm to the accused's substantial rights, and due process of law,

as follows:

## PRELIMINARY STATEMENT

It is an undisputed fact that in all criminal prosecutions, the accused is

guaranteed[1] "due process of law" and the individual rights enumerated in the Bill

---

[1] The Fifth Amendment protections and guarantees of the right to a fair trial (or proceedings).

of Rights (1791) such as fair proceedings (*e.g.,* 'equal protection') and an opportunity to be heard in the protection of "life, liberty, or property."

Although 'criminal prosecutions' are adversarial, this does not excuse the prosecution or court officers from breaking the law or omitting material facts to deceive the Court to achieve a strategic goal or an advantage. Prosecutors are supposed to be Officers of the court. They are supposed to be trustworthy, reliable.

Trial Attorney, Melissa S. Siskind (hereafter, "Ms. Siskind"), in her representation of David A. Hubbert, Deputy Assistant Attorney General, the Department of Justice, Tax Division, and the Court, has committed willful signature and/or document forgery, with the intent entice and/or deceive (see annexed <u>Affidavit of Fact in Support of Motion to Dismiss for Prosecutorial Misconduct</u>). Then subsequently, attempted to withhold a material fact in her presentation of proposed jury instructions to the Court.

Ms. Siskind willful misconduct has not only comprised her standing as an 'Officer of the Court' but may have also comprised other 'Court Officers' with misprision of a felony[2].

---

[2] *Cf.* Whoever, having knowledge of the actual commission of aa felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge.

The accused defendant is entitled to due process of law and equal protection under the law. The court officers in their individual and collective capacity have the same rights to due process of law as the accused. With their being at the least prima facie evidence of a crime by Ms. Siskind with the possibility of other court officers, including but not limited to standby counsel, warrants an indefinite suspension of this case action pending the conclusion of an independent investigation to be conducted (e.g., the FBI) or the relief an ORDER to dismiss this case action, with prejudice.

## PROCEDURAL HISTORY

Criminal Information charges against the named principal defendant SALEEM HAKIM [2257] were filed in the United States District Court of the Northern District of Georgia, in April of 2018 for an alleged violation of title 26 USC §7203 (Misdemeanor offense(s)).

On 04/14/2022 The 11th Circuit Court of Appeal (Case No. 19-11970), "Vacated and Remanded" the District Court's conviction of SALEEM HAKIM due to a structural error.[3]

---

[3] United States v. Hakim, 30 F. 4th 1310 – Court of Appeals, 11th Circuit (2022).

On 11/14/2022, The prosecution Petition for Writ of Certiorari to the United States Supreme Court (Case No. 22-464) that was DENIED on 02/21/2023.[4]

On 03/02/2023 the prosecution notified the District Court its' intentions to retry the case against SALEEM HAKIM under the same Criminal Information.

On 11/14/2023, the prosecution brought superseding Indictment charges in a different name i.e., "SALEEM NAAZIR HAKIM [2257]" (see Dkt. No. 206).

An Arraignment was held on 11/30/2023 (see Dkt. No. 213), for the superseding Indictment in the name of SALEEM NAAZIR HAKIM [2257].

The undersigned refused for cause without dishonor to sign the prosecution's plea of "Not Guilty" form on behalf of the Defendant (see Dkt. No. 212) and subsequently objected[5] to Judge Brown's entry of a "Plea of Not Guilty"[6] on behalf of the Defendant (see Dkt. No. 213).[7]

---

[4] United States v. Hakim, 143 S. Ct. 776 – Supreme Court (2023).

[5] The Docket / Minutes suggest that the "Defendant refused to respond, and the Court entered a plea of not guilty on all counts of the superseding indictment." Whereas saleem-naazir who was standing as implied surety for the Defendant raised an "Objection" on the record to any plea being entered in dishonor (see Court Transcript dated November 30, 2023, before the Honorable Michael L. Brown Pg. 69, 1-6).

[6] The District Court's entry of a "Not Guilty" plea against the expressed objection by the accused, prejudice the accused rights to challenge the sufficiency of the Indictment upon appeal. Also, violates due process right for the accused to choose his own affirmative defense. Court's procedures does not supersede the accused constitutionally protected and guaranteed rights.

[7] State v. Edwards, 478 M.W.2d 607, 610 (Minn. Ct. App. 1991): "No plea of guilty [not guilty] can be entered against the express wishes of a competent defendant. The trial Court has a duty to ensure that the plea is truly voluntary, and that the defendant understands the consequences of his plea." Smith v. United States, 348 U.S. 147, 151-52 (1954): "By pleading to the indictment, the defendant admits the truth of all the well-leaded allegations in the indictment and consents to being tried on the issue of his guilt or innocence. He cannot, therefore, challenge the sufficiency of the indictment on appeal."

The accused further stated on the 'record': "I don't want a jury trial" (see Arraignment, Before the Hon. Michael L. Brown Transcript of Proceedings, November 30, 2023, Pg. 78,1).

## **STATEMENT OF FACTS**

**On Monday, December 18, 2023, at approximately 4:23 PM**, the accused received an email titled: US v. Hakim – Proposed Jury Instructions and Rule 15 Deposition with an attachment *i.e.*, "PROPOSED JURY INSTRUCTIONS" (see Exhibit A).

The "PROPOSED JURY INSTRUCTIONS" had an affixed 'conformed signature' i.*e.,*

> *"For the Defendant:*
>
> */s/ Saleem Naazir Hakim*
> SALEEM NAAZIR HAKIM
> Defendant, *Pro Se"*

See Exhibit B.

**On Monday, December 18, 2023, at approximately 5:35 PM**, the accused replied to Ms. Siskind's email titled: US v. Hakim – Proposed Jury Instructions and Rule 15 Deposition with: "To all court officers, administrators, and public trustees:

———————————————

On behalf of the principal named Defendant, I reserved all rights, titles, interest, securities, remedies, and legal defenses, without recourse!" (see Exhibit A).

**On Tuesday, December 19, 2023, at approximately 3:27 PM**, the accused received an email titled: <u>US v. Hakim – Proposed Jury Instructions and Rule 15 Deposition</u> with an attachment *i.e.*, "Proposed Verdict Form.pdf" where Ms. Siskind replied: "Thank you for your prompt reply, Mr. Hakim. As promised, is the proposed verdict form. Please advise as to your position on this as well." (see Exhibit A).

**On Tuesday, December 19, 2023, at approximately 4:49 PM**, the accused replied to Ms. Siskind's email titled: <u>US v. Hakim – Proposed Jury Instructions and Rule 15 Deposition</u> with an attachment *i.e.*, "Proposed Verdict Form.pdf": "Greetings Ms. Siskind, and all other Officers of the Court, Administrators, Public Trustee, etc. In all matters, issues regarding the name principal defendant (SALEEM NAAZIR HAKIM [2257]), I reserved the right to address your proposal(s) and any other proceedings at a later date (e.g., early to mid January of 2024). I reserve all rights, remedies, securities, and defenses, without recourse. Happy Holidays and Happy New Year!" (see Exhibit A).

**On Tuesday, December 19, 2023, at approximately 4:52 PM**, Ms. Siskind's replied to the accused defendant:

"Thanks. I'll check back in with you regarding the proposed jury instructions and verdict form closer to the January 16 due date." (see Exhibit A).

**On Tuesday, December 19, 2023, at approximately 4:59 PM**, the accused defendant replied:

"Greetings Ms. Siskind, and all other Officers of the Court, Administrators, Public Trustee, etc. In all matters, issues regarding the name principal defendant (SALEEM NAAZIR HAKIM [2257]), I reserved the right to address your proposal(s) and any other proceedings at a later date (e.g., early to mid January of 2024). I reserve all rights, remedies, securities, and defenses, without recourse. Happy Holidays and New Year." (see Exhibit A).

**On Wednesday, December 20, 2023, at approximately 7:46 AM**, the accused Defendant sent Ms. Siskind an email stating:

"Ms Sinskind: I notice that you affixed an 'signature' of "/s/ Saleem Naazir Hakim" in the draft of your joint proposal. I think that is highly improper and tantamount to forgery regardless of whether is a proposed draft or not. I am NOT aware of any power of attorney or limited power of attorney granted to you or other court officers to sign on behalf of the accused and alleged defendant other than the irrevocable assignment(s) to settle and close this matter. Please cease and desist from affixing a signature, mark, or alike that would even remotely indicated

willful consent of the alleged defendant.  All rights, remedies, securities, defenses

are reserved without recourse." (see Exhibit A).

**On Thursday, January 11, 2024, at approximately 10:30 AM**, Ms.

Siskind's sent an email to the accused defendant:

"Good morning Mr. Hakim, You indicated last month that you wanted a chance to

address our proposed jury instructions and verdict form at a later date.  They are

due on Tuesday at noon, so I am reaching back out to see if you want to take a

position on either filing.  Also, if you have your own proposed jury instructions

that you would like us to consider. Please email them to us."

**On Thursday, January 11, 2024, at approximately 12:55 PM**, the accused

defendant replied to Ms. Siskind's email:

"Ms Siskind, et al.: I do not consent to a jury trial, so jury or verdict

instructions are moot.  I will address these matters and others with my independent

filing(s) on Tuesday, January 16, 2024 by noon.  All Rights, remedies, securities,

defenses are reserved without recourse."

**On Thursday, January 11, 2024, at approximately 9:11 PM**, Ms. Siskind

sent an email to Ms. Kelley stating:

"Pursuant to the Court's Order Setting Trial, attached please find Word

versions of the government's proposed jury instructions and verdict form.  The

government is not able to provide a unified set of instructions because the

defendant declined to offer his position on the government's proposed instructions or propose instructions of his own."

**On Thursday, January 11, 2024, at approximately 9:16 PM**, the accused defendant replied in response to Ms. Siskind's email to Ms. Kelley:

"Ms. Kelley:  Please be advised to the following NOTICE I sent to Ms. Siskind, at el."

"Ms Siskind, et al.: I do not consent to a jury trial, so jury or verdict instructions are moot...."

## ANALYSIS

Based upon the above referenced facts, the accused defendant's substantive constitutional protected and guaranteed rights to: (1) due process of law; and (2) equal protection under the law has been violated.

Affixing a 'conformed signature' that is defined as: "used to indicate that a 'real' signature is in place of an original. Simply having a signature block of the form: /S/ (name of person who signed the document) EXAMPLE 1: /S/ John Doe."[8]

The District of Columbia Courts define conformed signatures as: "Your signature may appear either as "/s/" or as a typographical or imaged signature on the signature line, followed by your typed name, address, telephone number, email

---

[8] Source United States District Court, Northern District of California.

address and, if applicable, Bar number. An "/s/" or typographical signature shall be treated as a personal signature for all purposes..."

10 CFR § 2.304 – <u>Formal requirements for documents; signatures; acceptance for filings</u> (d) describes "Signatures" as: "The original of each document must be signed by the participant or its authorized representative, or by an attorney having authority with respect to it [Emphasis Added]."

Signature Forgery is defined as creating or imitating someone else's signature without their permission or authorization, intending to deceive others into believing the forged signature is genuine.  In most jurisdictions, a forged signature is not legal under any circumstances. It is a form of fraud. It involves deceiving others by falsely representing someone's authorization or consent, which is illegal.

For Ms. Siskind to affix a conformed signature on behalf the accused defendant in the mere preparation for a court filing in a 'criminal case' without the accused authorized consent would no doubt set a bad precedent in maintaining the integrity, fairness, and public reputation of judicial proceedings in the interest of justice.  Furthermore, for other court officers, including standby counsel, to be indifferent to Ms. Siskind's misconduct shows their apathy and contempt for what should be the accused defendant's constitutional protected and guaranteed right to due process of law and equal protection under the law.

No competent attorney working on a joint proposal would allow another attorney, especially in an adversarial proceeding, to affix their signature capriciously or arbitrarily in a signature block without their expressed written consent. Furthermore, no ethical or competent attorney would attempt such a blatant self-incriminating act.

For example, if attorneys were working on a joint proposal, one would NOT have the other attorney's signature affixed on a 'draft' before completion and without a 'Consent Motion' confirming express permission to sign the other attorney's name. The signature block would probably look something like this, for example:

*/s/ John Henry Doe*

John Henry Doe (by Susan B. Anthony w/express permission)
Attorney for Defendant
Ga. Bar No. 123456
100 Good Faith Lane, Suite 50
Atlanta, GA 99999

Two other Court Officers namely: Colleen McCarthy (colleen.McCarthy@usdoj.gov) and Mark Campbell (mcampbell.atty@gmail.com) became privy to Ms. Siskind's misconduct through being "Cc:" via email correspondence(s) and had a duty as court officers to report

this illegal behavior to the Court immediately and failed to do so. I believe this constitutes 'misprision of a felony.'

Ms. Siskind: (1) as a "Officer of the Court" is held to a higher standard; in other words, she knows better. (2) Ms. Siskind's preparation of a legal document and affixing a conformed signature of the accused defendant's name; (3) and sending it out via email (electronically) to other court officers and the accused without any indication that it was a "DRAFT" (4) without the accused defendant's expressed permission was deceitful; all of which constitutes 'legal forgery.'

If Ms. Siskind's Joint Proposal for Jury Instruction went unnoticed or unchecked by the accused defendant would have had irreparable consequence AND may still have unknown consequence. She has comprised herself; David A. Hubbert, Deputy Assistant Attorney General; the Department of Justice, Tax Division; other court officers; and the Court in the interest of justice and due process of law.

It was fully expressed in open court, known to prosecution, and standby counsel that the undersigned did not want a jury trial. So, this brings into question Ms. Siskind and other court officer's motives and intent to entice the accused defendant and deceive this Court (see Arraignment, Before the Hon. Michael L. Brown Transcript of Proceedings, November 30, 2023, Pg. 78,1).

Even after the accused defendant, asked Ms. Siskind to "cease and desist from affixing a signature, mark, or alike that would even remotely indicated willful consent..." on her joint proposal for jury instructions, she mis-represented a material fact in her email to Ms. Kelley dated Thursday, January 11, 2024, suggesting that "the defendant declined to offer his position on the government's proposed instructions or propose instructions of his own." When in fact it was stated by the accused to Ms. Siskind, "I do not consent to a jury trial, so a jury or verdict instructions are moot." (see Exhibit A).

Furthermore, where there is two or more Court Officers misconduct there is conspiracy and depravation of the accused defendant's right under the color of law.

Therefore, I must provide NOTICE to for all Court Officers regarding this case action to maintain all communications, documents, notes, emails, etc. between the parties mentioned herein and other court officers to prevent the 'spoilage of evidence' pending an independent investigation.

Ms. Siskind's misconduct and the apathy of other court officers has further undermined the confidence that the accused defendant can get due process and equal protection under the law. Allowing this case to continue under these circumstances will irreparably harm the accused defendant's life, liberty, and the pursuit of happiness in the interest of justice.

## CONCLUSION

SALEEM NAAZIR HAKIM [2257], by and through the undersigned, prays

that the Court GRANTS this Motion to Dismiss for Prosecutorial Misconduct, with

prejudice, or at the least suspend these proceedings until an independent

investigation can be conducted.

Respectfully submitted this __17th__ day of __January__, 20 __24__.

All rights reserved, without recourse.

By: _hakim, Saleem raazir_____

      hakim, saleem-naazir
      SALEEM NAAZIR HAKIM [2257]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA )
)
)
)
vs. )
) Case No. 1:18-cr-126-MLB-RGV
SALEEM NAAZIR HAKIM, )
)
Defendant. )
)
)

## Affidavit of Fact in Support of
## Motion to Dismiss for Prosecutorial Misconduct

COME NOW, SALEEM NAAZIR HAKIM [2257], by and through undersigned, files this Affidavit of Fact in Support of Motion to Dismiss for Prosecutorial Misconduct.

1.

I, saleem-naazir am sui juris, and am otherwise competent to make this Affidavit.

2.

I have been charged with an Indictment by and through the name defendant SALEEM NAAZIR HAKIM [2257] in the above styled action.

3.

I did not grant Melissa S. Siskind expressed or written permission to create, use, or affix a conformed signature on behalf of the defendant, SALEEM NAAZIR HAKIM.

4.

I did not grant any other Court Officer expressed or written permission to create, use, or affix a conformed signature on behalf of the defendant, SALEEM NAAZIR HAKIM.

5.

Melissa S. Siskind did not seek my permission to create, use, or affix a conformed signature on behalf of the Defendant SALEEM NAAZIR HAKIM.

FURTHER AFFIANT SAYETH NOT.

saleem-naazir, states and affirms that my yea is my yea (Yes) and my nay is my nay (No). The Affiant self-authenticated with a right thumb print and executed this _____**17th**_____ day of _____**January**_____, 20 **24** , in Atlanta, Georgia, U.S.A.

By: _____*hakim, Saleem raazir*_____

hakim, saleem-naazir
SALEEM NAAZIR HAKIM [2257]

# CERTIFICATE OF SERVICE

I certify that the sender has mailed copies via USPS mail with proper postage to the following:

Hon. Michael L. Brown
United States District Court
Northern District of Georgia
1942 Richard B. Russell
Fed. Bldg. U.S. Courthouse
75 Ted Turner Drive, S.W. [1942]
Atlanta, Georgia 30303
United States

Certified Mail No. 7021 1970 0000 2493 7695
Return Receipt No. 9590 9402 8030 2349 2352 47

Melissa Siskind
DOJ-Tax
PO Box 972
Washington D.C., 20044
United States

Certified Mail No. 7015 0640 0006 9732 6813
Return Receipt No. 9590 9402 8411 3156 1182 74

Colleen McCarthy
DOJ-Tax
150 M St. NE
Washington D.C., 20001
United States

Certified Mail No. 7020 0090 0000 2401 6250
Return Receipt No. 9590 9402 8411 3156 1183 35

Kevin P. Weimer,
Executive/Clerk of Court
United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
United States

Certified Mail No. 7021 1970 0000 2493 7701
Return Receipt No. 9590 9402 8411 3156 1182 98

Christopher J. Huber
Office of the U.S. Attorney
United States District Court
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
United States

Certified Mail No. 7015 0640 0006 9732 6806
Return Receipt No. 9590 9402 8411 3156 1182 67

**EXHIBITS**

1/17/24, 4:21 AM
Case 1:18-cr-00126-MLB-RGV   Document 226   Filed 01/17/24   Page 19 of 59
Gmail - US v. Hakim - Proposed Jury Instructions and Rule 15 Deposition

 Gmail

Saleem Hakim <reg71786019@gmail.com>

## US v. Hakim - Proposed Jury Instructions and Rule 15 Deposition
10 messages

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>                                   Mon, Dec 18, 2023 at 4:23 PM
To: Saleem Hakim <reg71786019@gmail.com>
Cc: "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>, "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>

Good afternoon Mr. Hakim,

Attached please find a set of proposed jury instructions. The parties are required to file a joint set of proposed jury instructions no later than noon on January 16. Please review what we have prepared and let me know (by email) (1) any instructions you object to in their entirety, (2) any instructions to which you propose modifications (and what those proposed modifications are), and (3) and additional instructions you wish to propose that we have not included. If you could send me these edits by January 8, we will integrate them into a single document to submit to the court. (The parties are also required to submit a joint proposed verdict form in January 16. We will get you a draft of that in the next few days.)

Separately, we are writing to solicit your position on a motion to take a Rule 15 deposition of Paul Piwinski. The government intended to call Mr. Piwinski at trial. However, as you are probably aware, Mr. Piwinski is suffering from extensive health issues at the moment and therefore may not be available to testify. Therefore, the government will be filing a motion under Federal Rule of Criminal Procedure 15. Can you please let us know whether you will agree to this motion, or whether you intend to oppose it?

Thank you,

Melissa S. Siskind

Trial Attorney

Department of Justice Tax Division

Northern Criminal Enforcement Section

(202) 598-7822

**EXHIBIT A**

 **Hakim - Joint Proposed Jury Instructions (rev. 12-18-23).pdf**
175K

**Saleem Hakim** <reg71786019@gmail.com>                                        Mon, Dec 18, 2023 at 5:35 PM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

To all court officers, administrators, and public trustees:

On behalf of the principal named Defendant, I reserved all rights, titles, interest, securities, remedies, and legal defenses, without recourse!

Hakim, Saleem Naazir
By and through…
SALEEM NAAZIR HAKIM [2257]
[Quoted text hidden]

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>                     Tue, Dec 19, 2023 at 3:27 PM
To: Saleem Hakim <reg71786019@gmail.com>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

Thank you for your prompt reply, Mr. Hakim.

As promised, attached is the proposed verdict form. Please advise as to your position on this as well.

[Quoted text hidden]

 **Hakim - Proposed Verdict Form.pdf**
103K

**Saleem Hakim** <reg71786019@gmail.com>                                        Tue, Dec 19, 2023 at 4:49 PM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

Greetings Ms. Siskind, and all other Officers of the Court, Administrators, Public Trustee, etc.

In all matters, issues regarding the name principal defendant (SALEEM NAAZIR HAKIM [2257]), I reserved the right to address your proposal(s) and any other proceedings at a later date (e.g., early to mid January of 2024).

EXHIBIT A

Gmail - US v. Hakim - Proposed Jury Instructions and Rule 15 Deposition

I reserve all rights, remedies, securities, and defenses, without recourse.


Happy Holidays and Happy New Year!


Sincerely,


Hakim, Saleem Naazir

By and through…

SALEEM NAAZIR HAKIM [2257]

[Quoted text hidden]

---

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>          Tue, Dec 19, 2023 at 4:52 PM
To: Saleem Hakim <reg71786019@gmail.com>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>


Thanks. I'll check back in with you regarding the proposed jury instructions and verdict form closer to the January 16 due date.

[Quoted text hidden]

---

**Saleem Hakim** <reg71786019@gmail.com>          Tue, Dec 19, 2023 at 4:59 PM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>


Greetings Ms. Siskind, and all other Officers of the Court, Administrators, Public Trustee, etc.


In all matters, issues regarding the name principal defendant (SALEEM NAAZIR HAKIM [2257]), I reserved the right to address your proposal(s) and any other proceedings at a later date (e.g., early to mid January of 2024).


I reserve all rights, remedies, securities, and defenses, without recourse.

**EXHIBIT A**

Gmail - US v. Hakim - Proposed Jury Instructions and Rule 15 Deposition

Happy Holidays and Happy New Year!


Sincerely,
Hakim, Saleem Naazir
By and through…
SALEEM NAAZIR HAKIM [2257]
[Quoted text hidden]

---

**Saleem Hakim** <reg71786019@gmail.com>     <span>Wed, Dec 20, 2023 at 7:48 AM</span>
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

Ms Siskind:

I notice that you affixed an 'signature' of "/s/ Saleem Naazir Hakim" in the draft of your joint proposal. I think that is highly improper and tantamount to forgery regardless of whether is a proposed draft or not. I am NOT aware of any power of attorney or limited power of attorney granted to you or other court officers to sign on behalf of the accused and alleged defendant other than the irrevocable assignment(s) to settle and close this matter. Please cease and desist from affixing a signature, mark, or alike that would even remotely indicated willful consent of the alleged defendant.

All rights, remedies, securities, defenses are reserved without recourse.

Respectfully,


Hakim, Saleem Naazir
By and through…
SALEEM NAAZIR HAKIM [2257]

On Mon, Dec 18, 2023 at 4:23 PM Siskind, Melissa S. (TAX) <Melissa.S.Siskind@usdoj.gov> wrote:
[Quoted text hidden]

---

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>     Thu, Jan 11, 2024 at 10:30 AM
To: Saleem Hakim <reg71786019@gmail.com>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

Good morning Mr. Hakim,

**EXHIBIT A**

You indicated last month that you wanted a chance to address our proposed jury instructions and verdict form at a later date. They are due on Tuesday at noon, so I am reaching back out to see if you want to take a position on either filing. Also, if you have your own proposed jury instructions that you would like us to consider, please email them to us.

**Saleem Hakim** <reg71786019@gmail.com>                                                      Thu, Jan 11, 2024 at 12:55 PM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>

Ms Siskind, et al.:

I do not consent to a jury trial, so jury or verdict instructions are moot. I will address these matters and others with my independant filing(s) on Tuesday, January 16, 2024 by noon.

All rights, remedies, securities, defenses are reserved without recourse.

Respectfully,

Hakim, Saleem Naazir
By and through...
SALEEM NAAZIR HAAKIM [2257]


[Quoted text hidden]

---

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>                                  Tue, Jan 16, 2024 at 2:27 PM
To: Saleem Hakim <reg71786019@gmail.com>
Cc: "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>


Good afternoon Mr. Hakim,


Did you end up filing something before the noon deadline today? If so could you please email us a copy so we can review before tomorrow afternoon's hearing?

[Quoted text hidden]

**EXHIBIT A**

 Gmail

Saleem Hakim <reg71786019@gmail.com>

## US v. Hakim - Government's Proposed Jury Instructions and Verdict Form
3 messages

**Siskind, Melissa S. (TAX)** <Melissa.S.Siskind@usdoj.gov>　　　　　　　　　　Thu, Jan 11, 2024 at 9:11 PM
To: "Jessica_kelley@gand.uscourts.gov" <Jessica_kelley@gand.uscourts.gov>
Cc: Saleem Hakim <reg71786019@gmail.com>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>, "McCarthy, Colleen (TAX)"
<Colleen.McCarthy@usdoj.gov>

Good evening Ms. Kelley,

Pursuant to the Court's Order Setting Trial, attached please find Word versions of the government's proposed jury instructions and verdict form. The government is
not able to provide a unified set of instructions because the defendant declined to offer his position on the government's proposed instructions or propose
instructions of his own.

I will be filing both of these documents through ECF momentarily.

Please let me know if you have any questions.

Thank you,

Melissa S. Siskind

Trial Attorney

Department of Justice Tax Division

Northern Criminal Enforcement Section

(202) 598-7822

**EXHIBIT A**

**2 attachments**

 **Hakim - Government's Proposed Verdict Form(22729235.1).docx**
29K

 **Hakim - Government's Proposed Jury Instructions(22589708.1).docx**
54K

---

**Saleem Hakim** <reg71786019@gmail.com>                                                    Thu, Jan 11, 2024 at 9:16 PM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: "Jessica_kelley@gand.uscourts.gov" <Jessica_kelley@gand.uscourts.gov>, "mcampbell.atty@gmail.com" <mcampbell.atty@gmail.com>, "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>

Ms. Kelley:

Please be advised to the following NOTICE I sent to Ms. Siskind, at el.

"Ms Siskind, et al.:

I do not consent to a jury trial, so jury or verdict instructions are moot. I will address these matters and others with my independant filing(s) on Tuesday, January 16, 2024 by noon.

All rights, remedies, securities, defenses are reserved without recourse.

Respectfully,

Hakim, Saleem Naazir
By and through...
SALEEM NAAZIR HAAKIM [2257]"

...

[Quoted text hidden]

---

**Jessica Kelley** <Jessica_Pierce@gand.uscourts.gov>                                        Fri, Jan 12, 2024 at 10:16 AM
To: "Siskind, Melissa S. (TAX)" <Melissa.S.Siskind@usdoj.gov>
Cc: Saleem Hakim <reg71786019@gmail.com>, "mcampbell.atty_gmail.com" <mcampbell.atty@gmail.com>, "McCarthy, Colleen (TAX)" <Colleen.McCarthy@usdoj.gov>

Received, thank you.


Jessica Kelley
Courtroom Deputy Clerk, Judge Michael L. Brown
1942 United States Courthouse

<div style="border:2px solid red; display:inline-block; padding:10px;">**EXHIBIT A**</div>

75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 215-1535

Email: Jessica_kelley@gand.uscourts.gov


**From:** Siskind, Melissa S. (TAX) <Melissa.S.Siskind@usdoj.gov>
**Sent:** Thursday, January 11, 2024 9:11 PM
**To:** Jessica Kelley <Jessica_Pierce@gand.uscourts.gov>
**Cc:** Saleem Hakim <reg71786019@gmail.com>; mcampbell.atty_gmail.com <mcampbell.atty@gmail.com>; McCarthy, Colleen (TAX) <Colleen.McCarthy@usdoj.gov>
**Subject:** US v. Hakim - Government's Proposed Jury Instructions and Verdict Form


<mark>**CAUTION - EXTERNAL:**</mark>

[Quoted text hidden]

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:18-cr-126 |
| | ) | |
| SALEEM NAAZIR HAKIM, | ) | Judge Michael L. Brown |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PROPOSED JURY INSTRUCTIONS

The United States of America, by and through undersigned counsel, and the

defendant, proceeding *pro se*, hereby submit the following proposed jury

instructions.

Respectfully submitted,

*For the Government:*                              *For the Defendant:*

DAVID A. HUBBERT                          /s/ *Saleem Naazir Hakim*
Deputy Assistant Attorney General          SALEEM NAAZIR HAKIM
Department of Justice, Tax Division         Defendant, *Pro Se*

By:   /s/ *Melissa S. Siskind*
MELISSA S. SISKIND
COLLEEN McCARTHY
Trial Attorneys
U.S. Department of Justice, Tax Division
150 M Street, NE
Washington, DC 20002
(202) 305-4144

Date: January 16, 2024

EXHIBIT B

**P1**
**Preliminary Instructions – Criminal Cases**
**(Modified to Address Statements/Questions by Pro Se Defendant)**

Members of the Jury:

Now that you have been sworn, I need to explain some basic principles about a criminal trial and your duty as jurors. These are preliminary instructions. At the end of the trial I will give you more detailed instructions.

Duty of jury:

It will be your duty to decide what happened so you can determine whether the defendant is guilty or not guilty of the crimes charged in the indictment. At the end of the trial, I will explain the law that you must follow to reach your verdict. You must follow the law as I explain it to you even if you do not agree with the law.

What is evidence:

You must decide the case solely on the evidence presented here in the courtroom. Evidence can come in many forms. It can be testimony about what someone saw or heard or smelled. It can be an exhibit admitted into evidence. It can be someone's opinion. Some evidence proves a fact indirectly, such as a witness who saw wet grass outside and people walking into the courthouse

2

carrying wet umbrellas. Indirect evidence, sometimes called circumstantial

evidence, is simply a chain of circumstances that proves a fact. As far as the law is

concerned, it makes no difference whether evidence is direct or indirect. You may

choose to believe or disbelieve either kind and should give every piece of evidence

whatever weight you think it deserves.

<u>What is not evidence</u>:

Certain things are not evidence and must not be considered. I will list them

for you now:

- Statements and arguments of the lawyers and statements and arguments of the defendant while he is acting as his own lawyer. In their opening statements and closing arguments, the lawyers and the defendant will discuss the case, but their remarks are not evidence;

- Questions and objections of the lawyers and the defendant while he is acting as his own lawyer. The lawyers' questions are not evidence, nor are the defendant's questions when he is questioning a witness. Only the witnesses' answers are evidence. You should not think that something is true just because a lawyer's or the defendant's question suggests that it is. For instance, if a lawyer asks a witness, "you saw the defendant hit his sister, didn't you?" – that question is no evidence whatsoever of what the witness saw or what the defendant did, unless the witness agrees with it.

There are rules of evidence that control what can be received into evidence.

When a lawyer for the government asks a question or offers an exhibit and the

defendant thinks that it is not permitted by the rules of evidence, the defendant may

object. Similarly, when the defendant, acting as his own lawyer, asks a question or

offers an exhibit and a lawyer for the government thinks that it is not permitted by

the rules of evidence, the lawyer may object. If I overrule the objection, then the question may be answered or the exhibit received. If I sustain the objection, then the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and not try to guess what the answer would have been.

Sometimes I may order that evidence be stricken and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider that evidence.

Some evidence is admitted only for a limited purpose. When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and no other.

Credibility of witnesses:

In reaching your verdict, you may have to decide what testimony to believe and what testimony not to believe. You may believe everything a witness says, or part of it, or none of it. In considering the testimony of any witness, you may take into account:

- The opportunity and ability of the witness to see or hear or know the things testified to;

- The witness's memory;

- The witness's manner while testifying;

- The witness's interest in the outcome of the case and any bias or prejudice;

- Whether other evidence contradicted the witness's testimony;

- The reasonableness of the witness's testimony in light of all the evidence; and

- Any other factors that bear on believability.

I will give you additional guidelines for determining credibility of witnesses at the end of the case.

Rules for criminal cases:

As you know, this is a criminal case. There are three basic rules about a criminal case that you must keep in mind.

First, the defendant is presumed innocent until proven guilty. The indictment against the defendant brought by the government is only an accusation, nothing more. It is not proof of guilt or anything else. The defendant therefore starts out with a clean slate.

Second, the burden of proof is on the government until the very end of the case. The defendant has no burden to prove his innocence or to present any evidence, or to testify. Since the defendant has the right to remain silent and may choose whether to testify, you cannot legally put any weight on a defendant's choice not to testify. It is not evidence.

5

Third, the government must prove the defendant's guilt beyond a reasonable

doubt. I will give you further instructions on this point later, but bear in mind that

the level of proof required is high.

Conduct of the jury:

Our law requires jurors to follow certain instructions regarding their

personal conduct in order to help assure a just and fair trial. I will now give you

those instructions:

1. Do not talk, either among yourselves or with anyone else, about anything related to the case. You may tell the people with whom you live and your employer that you are a juror and give them information about when you will be required to be in court, but you may not discuss with them or anyone else anything related to the case.

2. Do not, at any time during the trial, request, accept, agree to accept, or discuss with any person, any type of payment or benefit in return for supplying any information about the trial.

3. You must promptly tell me about any incident you know of involving an attempt by any person to improperly influence you or any member of the jury.

4. Do not visit or view the premises or place where the charged crime was allegedly committed, or any other premises or place involved in the case. And you must not use Internet maps or Google Earth or any other program or device to search for a view of any location discussed in the testimony.

5. Do not read, watch, or listen to any accounts or discussions related to the case which may be reported by newspapers, television, radio, the Internet, or any other news media.

6. Do not attempt to research any fact, issue, or law related to this case, whether by discussions with others, by library or Internet research, or by any other means or source.

In this age of instant electronic communication and research, I want to emphasize that in addition to not talking face to face with anyone about the case, you must not communicate with anyone about the case by any other means, including by telephone, text messages, email, Internet chat, chat rooms, blogs, or social-networking websites and apps such as Facebook, Instagram, Snapchat, YouTube, or Twitter. You may not use any similar technology of social media, even if I have not specifically mentioned it here.

You must not provide any information about the case to anyone by any means whatsoever, and that includes posting information about the case, or what you are doing in the case, on any device or Internet site, including blogs, chat rooms, social websites, or any other means.

You also must not use Google or otherwise search for any information about the case, or the law that applies to the case, or the people involved in the case, including the defendant, the witnesses, the lawyers, or the judge. It is important that you understand why these rules exist and why they are so important:

Our law does not permit jurors to talk with anyone else about the case, or to permit anyone to talk to them about the case, because only jurors are authorized to render a verdict. Only you have been found to be fair and only you have promised to be fair – no one else is so qualified.

Our law also does not permit jurors to talk among themselves about the case until the court tells them to begin deliberations, because premature discussions can lead to a premature final decision.

Our law also does not permit you to visit a place discussed in the testimony. First, you can't be sure that the place is in the same condition as it was on the day in question. Second, even if it were in the same condition, once you go to a place discussed in the testimony to evaluate the evidence in light of what you see, you become a witness, not a juror. As a witness, you may now have a mistaken view of the scene that neither party may have a chance to correct. That is not fair.

Finally, our law requires that you not read or listen to any news accounts of the case, and that you not attempt to research any fact, issue, or law related to the case. Your decision must be based solely on the testimony and other evidence presented in this courtroom. Also, the law often uses words and phrases in special ways, so it's important that any definitions you hear come only from me, and not from any other source. It wouldn't be fair to the parties for you to base your decision on some reporter's view or opinion, or upon other information you acquire outside the courtroom.

These rules are designed to help guarantee a fair trial, and our law accordingly sets forth serious consequences if the rules are not followed. I trust that you understand and appreciate the importance of following these rules, and in

8

accord with your oath and promise, I know you will do so.

Taking notes:

Moving on now, if you wish, you may take notes to help you remember what witnesses said. If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case. Do not let notetaking distract you so that you do not hear other answers by witnesses. When you leave the courtroom, your notes should be left in the jury room. Whether or not you take notes, you should rely on your own memory of what was said. Notes are to assist your memory only. They are not entitled to any greater weight than your memory or impression about the testimony.

Course of the trial:

The trial will now begin. First, the government will make an opening statement, which is simply an outline to help you understand the evidence as it comes in. Next, the Defendant may, but does not have to, make an opening statement. Opening statements are neither evidence nor argument.

The government will then present its witnesses, and the defendant may cross-examine them. Following the government's case, the Defendant may, if he wishes, present witnesses whom the government may cross-examine. After all the evidence is in, the attorneys and the Defendant will present their closing arguments

to summarize and interpret the evidence for you, and I will instruct you on the law.

After that, you will go to the jury room to decide your verdict.

**Third Circuit Model Criminal Jury Instructions, No. 1.18 (2021)**
**Pro Se Defendant**
**(Modified to Address Standby Counsel)**

The Defendant has decided to represent himself in this trial and not to use the services of a lawyer. He has a constitutional right to do that. His decision has no bearing on whether he is guilty or not guilty, and it must not affect your consideration of the case.

Because the Defendant has decided to act as his own lawyer, you will hear him speak at various times during the trial. He may make an opening statement and closing argument. He may ask questions of witnesses, make objections, and argue to the court. I want to remind you that when the Defendant speaks in these parts of the trial he is acting as a lawyer in the case, and his words are not evidence. The only evidence in this case comes from witnesses who testify under oath on the witness stand and from exhibits that are admitted.

Attorney Mark Campbell is seated next to the Defendant and may provide him advice and assistance during trial. However, Mr. Campbell does not represent the defendant.

11

**B1**
**Face Page - Introduction**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:18-cr-126 |
| | ) | |
| SALEEM NAAZIR HAKIM, | ) | Judge Michael L. Brown |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COURT'S INSTRUCTIONS
## TO THE JURY

Members of the Jury:

It's my duty to instruct you on the rules of law that you must use in deciding this case. After I've completed these instructions, you will go to the jury room and begin your discussions – what we call your deliberations.

You must decide whether the Government has proved the specific facts necessary to find the Defendant guilty beyond a reasonable doubt.

12

## B2.1
### The Duty to Follow Instructions and the Presumption of Innocence

Your decision must be based only on the evidence presented here. You must not be influenced in any way by either sympathy for or prejudice against the Defendant or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a defendant isn't evidence of guilt. The law presumes every defendant is innocent. The Defendant does not have to prove his innocence or produce any evidence at all. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendant not guilty.

**B2.2**
## The Duty to Follow Instructions and the Presumption Of Innocence When a Defendant Does Not Testify

Your decision must be based only on the evidence presented during the trial. You must not be influenced in any way by either sympathy for or prejudice against the Defendant or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a Defendant isn't evidence of guilt. The law presumes every Defendant is innocent. The Defendant does not have to prove his innocence or produce any evidence at all. A Defendant does not have to testify, and if the Defendant chose not to testify, you cannot consider that in any way while making your decision. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendant not guilty.

## B3
## Definition of "Reasonable Doubt"

The Government's burden of proof is heavy, but it doesn't have to prove a Defendant's guilt beyond all possible doubt. The Government's proof only has to exclude any "reasonable doubt" concerning the Defendant's guilt.

A "reasonable doubt" is a real doubt, based on your reason and common sense after you've carefully and impartially considered all the evidence in the case.

"Proof beyond a reasonable doubt" is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs. If you are convinced that the Defendant has been proved guilty beyond a reasonable doubt, say so. If you are not convinced, say so.

## B4
### Consideration of Direct and Circumstantial Evidence; Argument of Counsel; Comments by the Court (Modified to Address Statements by Pro Se Defendant)

As I said before, you must consider only the evidence that I have admitted in the case. Evidence includes the testimony of witnesses and the exhibits admitted. But, anything the lawyers say, or anything the Defendant says when he is acting as his own lawyer, is not evidence and isn't binding on you.

You shouldn't assume from anything I've said that I have any opinion about any factual issue in this case. Except for my instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own decision about the facts.

Your own recollection and interpretation of the evidence is what matters. In considering the evidence you may use reasoning and common sense to make deductions and reach conclusions. You shouldn't be concerned about whether the evidence is direct or circumstantial.

"Direct evidence" is the testimony of a person who asserts that he or she has actual knowledge of a fact, such as an eyewitness.

"Circumstantial evidence" is proof of a chain of facts and circumstances that tend to prove or disprove a fact. There's no legal difference in the weight you may give to either direct or circumstantial evidence.

## B5
## Credibility of Witnesses

When I say you must consider all the evidence, I don't mean that you must accept all the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. The number of witnesses testifying concerning a particular point doesn't necessarily matter.

To decide whether you believe any witness I suggest that you ask yourself a few questions:

- Did the witness impress you as one who was telling the truth?

- Did the witness have any particular reason not to tell the truth?

- Did the witness have a personal interest in the outcome of the case?

- Did the witness seem to have a good memory?

- Did the witness have the opportunity and ability to accurately observe the things he or she testified about?

- Did the witness appear to understand the questions clearly and answer them directly?

- Did the witness's testimony differ from other testimony or other evidence?

### B6.1
### Impeachment of Witnesses Because of Inconsistent Statements
### (If Necessary)

You should also ask yourself whether there was evidence that a witness testified falsely about an important fact. And ask whether there was evidence that at some other time a witness said or did something, or didn't say or do something, that was different from the testimony the witness gave during this trial.

But keep in mind that a simple mistake doesn't mean a witness wasn't telling the truth as he or she remembers it. People naturally tend to forget some things or remember them inaccurately. So, if a witness misstated something, you must decide whether it was because of an innocent lapse in memory or an intentional deception. The significance of your decision may depend on whether the misstatement is about an important fact or about an unimportant detail.

18

## B7
## Expert Witness
## (If Necessary)

When scientific, technical or other specialized knowledge might be helpful, a person who has special training or experience in that field is allowed to state an opinion about the matter.

But that doesn't mean you must accept the witness's opinion. As with any other witness's testimony, you must decide for yourself whether to rely upon the opinion.

19

## B8
## Introduction to Offense Instructions

The indictment charges nine separate crimes, called "counts," against the Defendant. Each count has a number. You'll be given a copy of the indictment to refer to during your deliberations.

Counts 1-6 charge that the Defendant willfully failed to file tax returns.

Counts 7-9 charge that the Defendant willfully attempted to evade and defeat a tax.

I will now explain the law governing these offenses.

## O108
## Failure to File a Tax Return
## 26 U.S.C. § 7203
## (Modified)

It's a Federal crime to willfully fail to file a federal income-tax return when required to do so by the Internal Revenue laws or regulations.

The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1)     the Defendant was required by law or regulation to file an income tax return for the taxable year charged;

(2)     the Defendant willfully failed to file a return when required by law; and

(3)     At the time the Defendant failed to file the return, he knew he was required by law to file a return.

A person is required to make a federal income-tax return for any tax year in which the person has gross income of more than a certain threshold set by statute.

The filing thresholds applicable to this case are:

| Year | Filing Threshold |
| --- | --- |
| 2011 | $3,700 |
| 2012 | $3,800 |
| 2013 | $3,900 |
| 2020 | $5 |
| 2021 | $5 |
| 2022 | $5 |

"Gross income" includes, but is not limited to, the following:

- Compensation for services – including fees, commissions and similar items;

- Gross income from business; and

- Gains from dealing in property.

The Defendant is a person required to file a return if the Defendant's gross income is more than the statutory thresholds even though the Defendant may be entitled to deductions from that income and ultimately owe no taxes. So the Government is not required to prove that taxes were due and unpaid, or that the Defendant intended to evade or defeat paying taxes. The Government only has to prove that the Defendant willfully failed to file the tax return.

Case 1:18-cr-00126-MLB-RGV   Document 226   Filed 01/17/24   Page 49 of 59


## O107.1
## Tax Evasion: General Charge
## 26 U.S.C. § 7201
## (Modified)

It's a Federal crime to willfully attempt to evade or defeat paying federal income taxes. The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1)    the Defendant or his wife owed substantial income tax;

(2)    the Defendant knew at the time his tax return was due that he or his wife owed a substantial income tax; and

(3)    the Defendant willfully intended to evade paying taxes he knew he or his wife were required by law to pay.

The Government does not have to prove the precise amount of additional tax due. But it must prove beyond a reasonable doubt that the Defendant knowingly and willfully attempted to evade or defeat paying a substantial part of the additional tax.

The word "attempt" indicates that the Defendant knew and understood that, during the particular tax year involved, he or his wife had income that was taxable, and that he had to report by law; but he tried to evade or defeat the tax or a substantial portion of the tax on that income, by failing to report all of the income he knew he was required by law to report.

The word "willfully" means that the act was done voluntarily and purposely with the specific intent to violate a known legal duty, that is, with the intent to do something the law forbids. Disagreement with the law or a belief that the law is wrong does not excuse willful conduct.

Federal income taxes are levied upon income that comes from compensation for personal services of every kind and in whatever form paid, whether it's wages, commissions, or money earned for performing services. The tax is also levied on profits earned from any business, regardless of its nature, and from interest, dividends, rents, and the like. The income tax also applies to any gain from the sale of a capital asset.

In short, the term "gross income" means all income from whatever source, unless it is specifically excluded by law.

The law allows exemptions from income taxes for funds acquired from certain sources. The most common nontaxable sources are loans, gifts, inheritances, the proceeds of insurance policies, and funds received from selling an asset to the extent that the amount received is the same or less than the asset's cost.

### B9.1B
### On or About; Knowingly; Willfully – Intentional
### Violation of a Known Legal Duty

You'll see that the indictment charges that a crime was committed "on or about" a certain date. The Government doesn't have to prove that the crime occurred on an exact date. The Government only has to prove beyond a reasonable doubt that the crime was committed on a date reasonably close to the date alleged.

The word "knowingly" means that an act was done voluntarily and intentionally and not because of a mistake or by accident.

The word "willfully" means that the act was done voluntarily and purposely with the specific intent to violate a known legal duty, that is, with the intent to do something the law forbids. Disagreement with the law or a belief that the law is wrong does not excuse willful conduct.

## S9
### Good-Faith Defense to Willfulness
### (as under the Internal Revenue Code)
### (Modified)

Good-Faith is a complete defense to the charges in the indictment since good-faith on the part of the Defendant is inconsistent with willfulness, and willfulness is an essential part of the charges. If the Defendant acted in good faith, sincerely believing himself to be exempt by the law from filing tax returns or paying taxes, then the Defendant did not intentionally violate a known legal duty – that is, the Defendant did not act "willfully." This is so even if the Defendant's belief was not objectively reasonable as long as he held the belief in good faith. Nevertheless, you may consider whether the Defendant's belief about the tax statutes was actually reasonable as a factor in deciding whether he held that belief in good faith. The more farfetched a belief is, the less likely it is that a person actually held or would act on that belief.

The burden of proof is not on the Defendant to prove good-faith intent because the Defendant does not need to prove anything. The Government must establish beyond a reasonable doubt that the Defendant acted willfully as charged.

Intent and motive must not be confused. "Motive" is what prompts a person to act. It is why the person acts.

"Intent" refers to the state of mind with which the act is done.

If you find beyond a reasonable doubt that the Defendant specifically

26

intended to do something that is against the law and voluntarily committed the acts

that make up the crime, then the element of "willfulness" is satisfied, even if the

Defendant believed that violating the law was required or that ultimate good would

result.

## S4.1
## Similar Acts Evidence
## (Rule 404(b), Fed. R. Evid.)
## (If Necessary)

During the trial, you heard evidence of acts allegedly done by the Defendant on other occasions that may be similar to acts with which the Defendant is currently charged. You must not consider any of this evidence to decide whether the Defendant engaged in the activity alleged in the indictment. This evidence is admitted and may be considered by you for the limited purpose of assisting you in determining whether the Defendant had the state of mind or intent necessary to commit the crime charged in the indictment and whether the Defendant committed the acts charged in the indictment by accident or mistake.

**S19**
**Evidence of Flight**

Intentional flight or concealment by a person during or immediately after a crime has been committed, or after he is accused of a crime, is not, of course, sufficient in itself to establish the guilt of that person. But intentional flight or concealment under those circumstances is a fact which, if proved, may be considered by the jury in light of all the other evidence in the case in determining the guilt or innocence of that person.

Whether or not the Defendant's conduct constituted flight or concealment is exclusively for you, as the Jury, to determine. And if you do so determine, whether or not that flight or concealment showed a consciousness of guilt on his part, and the significance to be attached to that evidence, are also matters exclusively for you as a jury to determine.

I remind you that in your consideration of any evidence of flight or concealment, if you should find that there was flight or concealment, you should also consider that there may be reasons for this which are fully consistent with innocence. These may include fear of being apprehended, unwillingness to confront the police, or reluctance to confront the witness.

And may I also suggest to you that a feeling of guilt does not necessarily reflect actual guilt of a crime which you may be considering.

**B10.2**
**Caution: Punishment**
**(Single Defendant, Multiple Counts)**

Each count of the indictment charges a separate crime. You must consider each crime and the evidence relating to it separately. If you find the Defendant guilty or not guilty of one crime, that must not affect your verdict for any other crime.

I caution you that the Defendant is on trial only for the specific crimes charged in the indictment. You're here to determine from the evidence in this case whether the Defendant is guilty or not guilty of those specific crimes.

You must never consider punishment in any way to decide whether the Defendant is guilty. If you find the Defendant guilty, the punishment is for the Judge alone to decide later.

## S5
## Note-taking

You've been permitted to take notes during the trial. Most of you – perhaps all of you – have taken advantage of that opportunity.

You must use your notes only as a memory aid during deliberations. You must not give your notes priority over your independent recollection of the evidence. And you must not allow yourself to be unduly influenced by the notes of other jurors.

I emphasize that notes are not entitled to any greater weight than your memories or impressions about the testimony.

## B11
## Duty to Deliberate
## (Modified)

Your verdict, whether guilty or not guilty, must be unanimous – in other

words, you must all agree – as to each count. Your deliberations are secret, and

you'll never have to

explain your verdict to anyone.

Each of you must decide the case for yourself, but only after fully

considering the evidence with the other jurors. So you must discuss the case with

one another and try to reach an agreement. While you're discussing the case, don't

hesitate to reexamine your own opinion and change your mind if you become

convinced that you were wrong. But don't give up your honest beliefs just because

others think differently or because you simply want to get the case over with.

Remember that, in a very real way, you're judges – judges of the facts. Your

only interest is to seek the truth from the evidence in the case.

**B12**
**Verdict**

When you get to the jury room, choose one of your members to act as foreperson. The foreperson will direct your deliberations and will speak for you in court.

A verdict form has been prepared for your convenience.

[Explain verdict]

Take the verdict form with you to the jury room. When you've all agreed on the verdict, your foreperson must fill in the form, sign it, date it, and carry it. Then you'll return it to the courtroom.

If you wish to communicate with me at any time, please write down your message or question and give it to the marshal. The marshal will bring it to me and I'll respond as promptly as possible – either in writing or by talking to you in the courtroom. But I caution you not to tell me how many jurors have voted one way or the other at that time.

33