FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 3 1 2024

KEVIN P. WEIMER, Clerk
By: J. Kelly, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:18-cr-126 |
| | ) | |
| SALEEM NAAZIR HAKIM, | ) | Judge Michael L. Brown |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

**COUNT ONE to SIX: Willful Failure to File Tax Returns, 26 U.S.C. § 7203**

As to the following counts, we, the jury, unanimously find the defendant, Saleem Naazir Hakim,

Count One (2011)      ✓ GUILTY    ____ NOT GUILTY

Count Two (2012)      ✓ GUILTY    ____ NOT GUILTY

Count Three (2013)    ✓ GUILTY    ____ NOT GUILTY

Count Four (2020)     ✓ GUILTY    ____ NOT GUILTY

Count Five (2021)     ✓ GUILTY    ____ NOT GUILTY

Count Six (2022)      ✓ GUILTY    ____ NOT GUILTY

## COUNTS SEVEN to NINE: Tax Evasion, 26 U.S.C. § 7201

As to the following counts, we, the jury, unanimously find the defendant, Saleem Naazir Hakim,

| | | |
|---|---|---|
| Count Seven (2020) | ✓ GUILTY | ___ NOT GUILTY |
| Count Eight (2021) | ✓ GUILTY | ___ NOT GUILTY |
| Count Nine (2022) | ✓ GUILTY | ___ NOT GUILTY |

## SO SAY WE ALL.

Signed and dated at the United States Courthouse, Atlanta, Georgia, this __31__ day of January, 2024.

Foreperson's Signature: _____

Foreperson's Printed Name: __Stephen O'Hara__